EXHIBIT "A"

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              MIDDLE DISTRICT OF FLORIDA

 3                   TAMPA DIVISION

 4    ----------------------------x

 5    JL CORPORATION OF ARCADIA, INC.,:

 6    A Florida Corporation d/b/a     :

 7    ARCADIA CITGO, MOHAMMED A.      :

 8    UDDIN & AKM MOHUDDIN CHOWDHURY, : Civil Action No.:

 9        Plaintiffs,             : 8:15-CV-2433-T-23-UAM

10              v.                 :

11    UNITED STATES OF AMERICA,       :

12    Defendant.                X

13                              Washington, DC

14                       Friday, October 28, 2016

15    Deposition of:

16                   DOUGLAS WILSON

17    Called for examination by counsel for the Plaintiff,

18    pursuant to notice, at 501 3rd Street, NW, Washington,

19    DC, before Erick McNair of Veritext Legal Solutions,

20    a Notary Public in and for the District of Columbia,

21    beginning at 10:49 a.m., when were present on behalf

22    of the respective parties:
```

Douglas Wilson                                          October 28, 2016

Page 2

```
 1                 A P P E A R A N C E S

 2

 3   On behalf of Plaintiff:

 4         ANDREW Z. TAPP, ESQUIRE

 5         Metropolitan Law Group, PLLC

 6         100 Ashely Drive, S, #1780

 7         Tampa, FL 33602

 8         813-228-0658

 9         Andrew@metropolitan.legal

10

11   On behalf of Defendant:

12         E. KENNETH STEGEBY, ASSISTANT US ATTORNEY

13         Department of Justice

14         400 N. Tampa St., Suite 3200

15         Tampa, FL 33602

16

17

18

19

20

21

22
```

Page 3

1                        C O N T E N T S

2

3    EXAMINATION BY:                                  PAGE

4         Counsel for Plaintiff                          4

5

6

7

8

9

10

11

12

13

14

15

16

17

18              (No exhibits were marked.)

19

20

21

22

Page 4

1              P R O C E E D I N G S

2              THE REPORTER:  All right.  So the first

3    thing I'm going to do is swear you in.  So if you can

4    please raise your right hand.

5    WHEREUPON,

6                   DOUGLAS WILSON

7    called as a witness, having been first duly sworn, was

8    examined and testified as follows:

9              THE REPORTER:  All right, thanks.

10             EXAMINATION BY COUNSEL FOR PLAINTIFF

11   BY MR TAPP:

12        Q    Please state your name for the record.

13        A    Douglas Wilson.

14        Q    Mr. Wilson, my name is Andrew Tapp, I

15   represent a variety of Plaintiffs with respect to the

16   Judicial Snap Appeals.  And we have noticed two or

17   three of the cases for this particular deposition,

18   though the primary one is, I believe it's JL

19   Corporation of Arcadia.  So we'll be asking questions

20   relating to that matter.  Have you ever had your

21   deposition taken before?

22        A    No, sir.

1      Q    All right.  There are a couple of rules,

2  very common sense rules.  The first one is, is that

3  only one of us can be speaking at a time because the

4  Court Reporter can only take one of us down at a time.

5  The second one is that all of your responses need to

6  be verbal.  So no uh-huh and uh-uh and all the rest of

7  that, yes and no.  Third, if you don't understand the

8  question that I ask you tell me that you don't

9  understand it.  Because anyone who subsequently reads

10  this transcript is going to assume that if you answer

11  the question without asking you want it meant that you

12  understood the questions.  And they will then be free

13  to assume that your answer was correct based upon the

14  question.  You understand those?

15      A    Yes, sir.

16      Q    As we spoke earlier if you need a break let

17  me know.  I'm not going to be draconian on this.  Like

18  I said this is a longer deposition.  We're going to be

19  pushing through parts of the lunch hour, so whatever

20  you need please don't hesitate, just let me know.

21  Okay?

22      A    Thank you.  Thank you.

1      Q     All right.  Are you currently under the

2   influence of any drugs or other prescription or non-

3   prescription medications which would somehow affect

4   your ability to testify here today?

5      A     No, sir.

6      Q     All right.  So, Mr. Wilson, what is your

7   current address?  Your work address is fine.

8      A     3101 Park Center Drive, Alexandria,

9   Virginia.

10      Q     And do you have an office or anything in

11   there, any other indication of where your mail would

12   be addressed to?

13      A     Fourth floor.

14      Q     Fourth floor?  All right.  And your direct

15   telephone number?

16      A     703 --

17      Q     Uh-huh.

18      A     -- 605-4601.

19      Q     All right.  And we're going to do a little

20   bit of background for the benefit of the record.  What

21   is your educational background?

22      A     I have a degree in business management.

Page 7

1     Q    Where'd you get it from?

2     A    University of Delaware.

3     Q    Okay.  And when did you get it?

4     A    1989

5     Q    Do you any other degrees or certifications?

6     A    No, sir.

7     Q    Any other special training?

8     A    No, sir.

9     Q    All right.  Employment history.  Let's start

10 in the recent few or recent past.  Let's start in 1995

11 and work our way to present.  What's your employment

12 history?

13    A    1995 I believe I was with ALTA Systems.

14    Q    What'd you do there?

15    A    I was a contractor for -- 1995.  Let me

16 correct that.

17    Q    That's your recollection?

18    A    Yeah.  1995 I was with a company called

19 CACI.  And I was a contractor on a government contract

20 for Automated Federal Systems.

21    Q    Just generally speaking what type of federal

22 systems, computer systems/

1        A      Yes, sir.

2        Q      Okay.  And then after that company?

3        A      And then after that company I was with a --

4    went to a small company called ALTA Systems in late

5    '96.

6        Q      And what did you do there?

7        A      And I came to work on the contract for the

8    USDA Food Administration Services.

9        Q      And what did that contract involve?

10       A      It involved my part was to be on the support

11   staff of the alert contract, in the beginning of the

12   alert contract.

13       Q      Is this the beginning of the alert system?

14       A      It was probably within the first couple

15   years of the alert system.

16       Q      And what were you doing with ALTA

17   specifically?  What was your job title?

18       A      Specifically I was responsible for working

19   on the help support.

20       Q      On the help support?

21       A      Yes.

22       Q      And what is --

1       A     Help desk.  And --

2       Q     For the benefit of the record, I think I

3   understand what a help desk is, but I could be wrong.

4   What does that mean exactly?

5       A     If people had, users of the system questions

6   or troubles with the system they would contact myself

7   to help them answer their questions and find answers.

8       Q     Okay.  Now, at that point in time was the

9   alert system something that the Government owned or

10  was ALTA the one that owned it?

11      A     The Government owned.

12      Q     Okay.  So ALTA was servicing the system for

13  intents and purpose?

14      A     Correct.

15      Q     And was ALTA's responsibilities at that

16  point in time more than just a help desk?

17      A     ALTA's, yes.

18      Q     What else did ALTA do at the time to your

19  knowledge?

20      A     ALTA developed the system.

21      Q     As a result of government contract I would

22  assume.

Page 10

1      A    Yes.

2      Q    How long did you work for ALTA?

3      A    I worked with them until 2000 --

4      Q    Give me just a second.

5           THE REPORTER:  You want to take a break?

6           MR. TAPP: Yeah.  Yeah, let's take a break.

7           (Off the record at 10:55 a.m.)

8           (Back on the record at 11:05 a.m.)

9           THE REPORTER:  Going again.

10          UNIDENTIFIED FEMALE:  That's perfect.

11          MR. TAPP:  And for the purpose of the record

12     this is Ms. Paige O'Hale, who is counsel for the

13     Government in Louisiana.

14          MS. O'HALE:  Hello, this is Paige O'Hale

15     representing the United States in the Esmail v. United

16     States of America, Case No. 16-3001.  The deposition

17     is being conducted in DC.  I am in New Orleans,

18     Louisiana trying to participate via VPC and have not

19     been able to do so.  As previously discussed with Mr.

20     Tapp before the deposition began the United States

21     does not select or produce this witness specifically

22     for the Esmail case.  To the extent there are any

Page 11

1    questions asked on the nitty-gritty, the factual data

2    for that case the witness is not being produced for

3    that reason.  But for any other reason that's been

4    noticed with respect to the Florida case.  I believe

5    it's the, you know, the United States doesn't have any

6    objection to that.  So is there any response or keep

7    going?

8              MR. STEGEBY:  Can we go off the record for a

9    moment?

10             MS. O'HALE:  Yes.

11             (Off the record at 11:07 a.m.)

12             (Back on the record at 11:09 a.m.)

13             MR. TAPP:  To interrupt that last line of

14   questions and we'll circle back, let's go ahead and

15   introduce everybody around the table.  I've already

16   introduced myself as I recall.  Witnesses, for the

17   witnesses, Mr. Stegeby, if you'd like to go ahead and

18   state your appearance.

19             MR. STEGEBY:  Sure.  I'm Kenneth Stegeby,

20   I'm with the US Attorney's office and I represent the

21   Federal Government.

22             MR. TAPP:  Ma'am.

 1              MS. PIERCE:  Shelly Pierce with USDA Food

 2      and Nutrition Service, and I'm a (inaudible)

 3      supervisor.

 4              MR. TAPP:  All right.  As we mentioned

 5      earlier there may be some other attorneys listening in

 6      on this one.  Ms. O'Hale being one of them.  Certainly

 7      if we have anybody else that we need to add we will

 8      add them as it comes up.

 9      BY MR. TAPP:

10          Q    Now, we need to work our way back to ALTA

11      here for a second.  We were talking about your

12      employment history With ALTA.  And I think the last

13      question that I had asked was when did you stop

14      working for ALTA?

15          A    It was in late 2009, I believe.

16      Approximately September 2009.

17          Q    And at that point who did you go to work

18      for?

19          A    SRA International.

20          Q    And what is that?

21          A    That is another contracting agency.

22          Q    And what do they do?

Page 13

1      A     They took over the alert contract from ALTA

2  Systems.

3      Q     Is that similar people running that company

4  and just a different business name or was that sort of

5  a core group of different individuals and had

6  previously been running the alert system?

7      A     The core members came over with the

8  contract.

9      Q     Okay.  So more or less just a change in name

10  on the badge but not necessarily a change of personnel

11  inside.  Is that fair?

12      A     That's fair, yes.

13      Q     All right.  So late 2009 you started working

14  for SRA.  And do you still work for SRA?

15      A     No, sir.

16      Q     And when did that employment stop with SRA?

17      A     September 2015.

18      Q     And at that point who did you go to work

19  for?

20      A     USDA Food and Nutrition Services.

21      Q     Am I to assume that the USDA took the

22  program over and the contract's ended?

Page 14

1      A    No, sir.

2      Q    What happened, how did -- or what's the

3  reason from the changeover from the contractor to the

4  Government?

5      A    I wanted to go to the Government.

6      Q    There's a job opening?

7      A    There's a job opening with the Government.

8      Q    Okay.  And what is your current position

9  with the USDA?

10     A    I am a Program Analyst and Alert Program

11 Manager.

12     Q    Are there other project managers?

13     A    Yes.

14     Q    How many others?

15     A    Not on the alert system.

16     Q    Oh, okay.  So there are no other ones --

17     A    No.

18     Q    -- on the alert system specifically.

19     A    Correct.

20     Q    Okay.  As a program analyst what do you do?

21     A    My responsibility is to manage the alert

22 system, the database.  Manage the contractor that runs

Douglas Wilson                                                    October 28, 2016

1    the help desk.  I work with the users for system

2    enhancements.

3         Q    Anything else?

4         A    No.

5         Q    Okay.  When you were with SRA, what did you

6    with SRA?

7         A    I was responsible for working with the USDA

8    and requirements analyst.

9         Q    And what did that position entail?

10        A    I worked with USDA to translate the user

11   needs to the programmers and developers of the system

12   and the SRA.

13        Q    Now, who employed the program developers?

14        A    SRA.

15        Q    And prior to SRA's involvement that would

16   have been ALTA?

17        A    Yes, sir.

18        Q    Okay.  And so your position as project

19   analyst and manager has been in effect sin -- about a

20   year and a month or so?

21        A    Correct.

22        Q    All right.  And so when you indicated

1    earlier that you manage the alert system and then I'm

2    assuming separately the database, what goes into

3    managing the alert system itself?

4         A    Managing the alert system entails making

5    sure the system is up and running.  Managing the help

6    desk.  Making sure the user's requirements are met

7    where needed.

8         Q    And who are the users of the alert system?

9         A    The users are the Retailer Operations

10   Division of USDA Food and Nutrition Services.

11        Q    And the various employees that work

12   thereunder?

13        A    Yes.

14        Q    Okay.  About how many users does the system

15   have?

16        A    Approximately 200.

17        Q    Nationwide?

18        A    Yes, sir.

19        Q    Okay.  And earlier you had indicated that

20   you maintain the database.  And I'm to assume that the

21   alert system operates based upon the information it

22   pulls from that database.

Douglas Wilson                                          October 28, 2016

                                                        Page 17

1        A     Correct.

2        Q     And tell me about that database, what do you

3    do to maintain it?

4        A     The database is -- I run --I manage the

5    contractors that run -- that oversee the database

6    administration functions.

7        Q     Who are the contractors that oversee the

8    database administrative functions.

9        A     They are Half Acre Systems and the SRA

10   employees.

11       Q     About how many individuals are responsible

12   for maintaining those databases to your knowledge?

13       A     We have two database administrators.

14       Q     Okay.  Is it a single database or is it a

15   compilation of other databases?  Let me --

16       A     (Inaudible) --

17       Q     Let me rephrase.  The point of origin of the

18   information that is included inside of the database

19   where does it come from?

20       A     The transaction database receives the

21   transactions from the state processors.

22       Q     Does it receive all of them from all of the

1    state processors?

2         A    It receives the EBT transactions from state

3    processors.  Yes.

4         Q    All 50 states?

5         A    Yes.

6         Q    Now, forgive me, I had done a little bit of

7    homework before we came in and I noticed that there

8    was a program the USDA used a couple of years ago

9    where they were engaging in database sharing with some

10   of the states.  And so they had signed agreements in

11   2013 with a number of states that were agreeing to

12   share their database, their transaction databases.

13   Are you familiar with that?

14        A    I am not.

15        Q    Okay.  So this information as far as you're

16   aware comes only through the state processors, right?

17        A    Yes.

18        Q    Now, is that the actual transaction

19   processor, the transaction processing company or is

20   that coming through a central repository in each one

21   of the states that oversees the individual

22   transactions and the movement of the benefits from the

1   state accounts to the participant's account?

2        A    I'm not sure I understand the question.

3        Q    It would probably be easier if you phrase it

4   and I stop trying to run around on this one.  So you

5   said you got it from the states, right?  And the

6   states have the opportunity to review all of the EBT

7   transactions that happened within their jurisdiction?

8        A    Yes.

9        Q    Okay.  And the compile that information?

10       A    The processor, processors contracted by the

11   state.

12       Q    Uh-huh.

13       A    The states -- when the transaction is

14   conducted at the store the processor receives the

15   transactions and those transactions are sent to FNS.

16   Those transactions are then loaded into the order

17   database.

18       Q    Okay.  So it's sort of trickle up effect if

19   you will.

20       A    Yeah.

21       Q    And that each one of the stores, if I

22   understand you correctly, they'll conduct a

Page 20

1    transaction.  That transaction gets passed along

2    through the processor to the state, who then passes it

3    to FNS.

4         A    Not to the state.

5         Q    Okay.  So --

6         A    It gets to the processor, the processor

7    passes to FNS.

8         Q    So the state doesn't necessarily have any

9    hand other than contracting with the processors.

10        A    To my knowledge.

11        Q    Okay.  And so presumably this database

12   contains all of the transaction data without exception

13   inside of the 50 states that offer the SNAP program

14   participants; is that accurate?

15        A    Correct.

16        Q    All right.  What's the scope of the

17   databases, how far back historically does the database

18   retain transaction data?

19        A    The database contains back to I believe

20   October 2010.

21        Q    Why October 2010?

22        A    That is the -- that was when the new version

1    of the system came online.

2         Q    Does anybody have a copy of the database

3    prior to 2010?

4         A    We have archive data and the raw data

5    format.

6         Q    I suppose we should probably go to one of

7    the logical questions we sort of skipped.  What is the

8    alert system?

9         A    The alert system is a tool to decision

10   support system to help detect fraudulent behavior.

11        Q    And you had indicated that was originally

12   started, the first version would have been mid-90s?

13        A    Late 90s.

14        Q    Late 90s?

15        A    Yes.

16        Q    And you'd been with the program almost the

17   whole way through.  Its application by the Department

18   has that grown since the beginning?

19        A    Yes.

20        Q    How so?

21        A    It has expanded.  The reports available to

22   the user has improved.

1     Q     How so?

2     A     Newer reports have been developed.

3     Q     What are --

4     A     All the reports have been refined.

5     Q     I apologize, I didn't mean to interrupt you.

6     A     No.

7     Q     When you say newer reports have been

8  developed, what do you mean by developed?

9     A     We receive a request from a user that they

10 would like certain information to be displayed to be

11 able to provide us reports for analysis purposes.  So

12 we've developed reports to help them with their

13 analysis based on their information.

14    Q     You also indicated that the reports have

15 been refined.  Is -- can you tell me about the

16 refining process that's gone on since your

17 participation started with the alert system?

18    A     As we generate reports sometimes the reports

19 don't provide the necessary information.  So we get

20 feedback from the user community and we tailor those

21 reports to better fit their need.

22    Q     So is this a change in how the system is

1    processing the data or how the system is displaying

2    the data for the end user?

3         A    It is the process of displaying the data.

4         Q    And so you had indicated that the system is

5    designed to be a decision support system, I think was

6    specifically your term.  What is it that the end user

7    is typically trying to make a decision about when he

8    or she reviews the data that your system put together

9    and subsequently turns over to the end user?

10        A    The data that is produced by the system will

11   look for different behaviors, patterns in the data.

12   And it points out unusual patterns by a retailer.

13   Which allows, then allows the user to look at the

14   information and make a determination.

15             MR. STEGEBY:  And may I make it clear for

16   the record too that Mr. Wilson that his expertise is

17   in the alert system and the database handling.  What

18   happens to the reports, who addresses the reports and

19   analyzes them is not part of his task.  So as a 30B6

20   witness he's not going to be able to testify in much

21   detail here.

22             MR. TAPP:  All right.  And as part of the

1    record Mr. Stegeby has talked about that with me

2    beforehand.  And this deposition is intended for

3    general operation purposes of the alert system.  Not

4    specific to any of the different cases that we have.

5    As we've mentioned earlier we have several cases.  I

6    have eight or nine cases across the country on this.

7    So this is one of those things where we are trying to

8    consolidate as much of our time and effort as we can

9    into a single transcription, into a single deposition

10   if at all possible.

11            Also, while we're on it, Mr. Stegeby and I

12   had spoken about the different thresholds that the

13   system uses.  And specifically that I would not be

14   diving deeply into the thresholds in this particular

15   deposition.  I do reserve my right to ask them at a

16   subsequent deposition, whether that be in person or in

17   writing.  That would be to be determined.  But as Mr.

18   Stegeby and I spoke about that would be subject to an

19   order which would protect the information derived

20   therefrom.  An order which at this moment in the

21   Middle District of Florida cases upon which this is

22   noticed there isn't an order yet.  So we're going to

1   do the best that we can to stay away from those

2   specifics of exactly what those numbers are.  I'm

3   going to do the best I can to broadly and generally

4   ask you those questions.  But if we get to a point

5   where you feel as though we are -- I am asking

6   questions where I'm crossing into the specifics line,

7   I would appreciate it if you'd ask me for just a break

8   so that we could discuss the specifics so that I could

9   make sure we treated on ground that we're supposed to

10  be treading on right now based upon Mr. Stegeby's

11  conversations with me.  So did I get that right?

12          BY MR. STEGEBY:  Yeah, that's correct.

13  BY MR. TAPP:

14      Q    All right.  So this system is looking for

15  fraud, right?

16      A    This system is looking for unusual patterns,

17  behavior.

18      Q    And from your side, and obviously this is

19  caveat about what Mr. Stegeby stated earlier, from

20  your side the unusual patterns and behavior are

21  indicative of what?

22      A    Patters are indicative of possible wrong

1    doing.

2         Q    Possible what?

3         A    Wrong doing.

4         Q    Well, I didn't take a whole lot of

5    statistics classes in college, I took a handful.  But

6    if I understand it if it's going to be looking for

7    patterns you would have to have an original pile of

8    data upon which to recognize those patterns or to

9    derive those patterns from when comparing them to new

10   data coming in when you're looking for functionally

11   the same symptoms.  Is that correct?

12        A    Correct.

13        Q    All right.  Where did these patterns come

14   from, where were they deciphered from originally?

15        A    They were, from my knowledge, they were

16   based upon previous investigator's knowledge prior to

17   the alert system.

18        Q    You've been with the program for so long.

19   Have the patterns changed over the period of time to

20   your knowledge that you've been with the program?

21        A    No.

22        Q    So the system, the alert system as we look

1  at it in 2016 is looking for the same information that

2  it was looking for at its inception in the late 90s.

3      A    Yes.

4      Q    All right.  And we spoke a minute ago.  And

5  again, I don't want to get into specifics.  There are

6  thresholds as I understand it that the patterns have

7  to rise above a certain threshold in order for it to

8  trigger certain reports.  Is that fair?

9      A    Correct.

10     Q    Okay.  The thresholds have they changed over

11 time?

12     A    To my knowledge, no.

13     Q    So the whole system, the patterns that

14 you're looking for in the system, and not you

15 specifically, but that the computer is looking for in

16 the system and the thresholds have been identical

17 since the 90s?

18         MR. STEGEBY:  Objection to form, but you can

19 answer it.

20         W:  I cannot answer that.

21 BY MR. TAPP:

22     Q    For the benefit of the record --

Douglas Wilson                                    October 28, 2016

Page 28

1        A     Well --

2        Q     Go ahead.

3        A     I can't honestly say if they have or have

4    not.

5        Q     That's outside your scope of knowledge?

6        A     Yes.

7        Q     Okay.  You are aware of the patterns and the

8    thresholds presently, correct?

9        A     Correct.

10       Q     For about how long have you been aware of

11   patterns and the thresholds?

12       A     I have been involved with the patterns and

13   thresholds approximately the past ten years.

14       Q     Since 2006 or so?

15       A     Yes.

16       Q     And in that timeframe to your personal

17   knowledge the patterns and the thresholds have not

18   changed?

19       A     Correct.

20       Q     Now, from a statistical standpoint obviously

21   it's very relevant to us to know exactly how the

22   patterns were established originally.  So I'm going to

1    circle back to that question.  You had indicated that

2    to your knowledge it was the result of some

3    investigators that had done some work prior to the

4    existence of the alert system.

5        A    Correct.

6        Q    All right.  Can you tell me where I can find

7    the information pertaining to where those original

8    patterns came from?

9        A    I do not know.

10       Q    Does anybody?

11       A    I do not know.

12       Q    Forgive me, but how do you know the system

13   is accurate if you don't know where the patterns that

14   you're using came from?

15            BY MR. STEGEBY:  Objection to the form.  You

16   can answer if you want, if you can.

17            W:  From statistics, reports past years.

18   For example, FY-15.

19   BY MR. TAPP:

20       Q    Uh-huh.

21       A    I believe there was an approximately 92

22   percent successful sanction rate.

1       Q      That's interesting that you bring that up.

2    It has a 92 percent success rate in 2015?

3       A      FY-15.

4       Q      Okay.  Is there a margin of error inside of

5    the statistical data that you're aware of?

6       A      I'm not aware.  I don't know.

7       Q      Okay.  So it's not that there isn't one,

8    it's just that you're not specifically familiar with

9    what that margin may or may not be.

10      A      Correct.

11      Q      Okay.  And so how is this not sort of a

12   self-fulfilling prophecy if you indicate that you have

13   a successful rate of 92 percent, whatever that may be,

14   set against the pattern that is being used presently

15   to charge those individuals?  Isn't that functionally

16   the pot calling kettle black?  I mean it's the same

17   information circle, would you agree?

18            MR. STEGEBY:  Objection to form.  But you

19   can answer if you can.

20   BY MR. TAPP:

21      Q      If you can find the question in that one.

22   Let me rephrase.  So you don't know where the pattern

1   came from, but you assume that the pattern is correct

2   because the people that you charge with it in 2015 you

3   subsequently disqualified it at a 92 percent success

4   rate.

5           MR. STEGEBY:  Objection to form.  But you

6   can answer if you want to.  I can explain.

7           MR. TAPP:  That's okay.  Answer.

8           W:  I don't know.

9   BY MR. TAPP:

10      Q    Okay.  Do you recognize that there could be

11  an inherent problem with the system if, and this is

12  outside your purview, but we're going to do a

13  hypothetical, if the end user, the investigators are

14  giving more credence to the data if the data that's

15  been selected out of the system is a result of

16  patterns?  I just complicated the hell out of that one

17  too.  There's no easy way to do this.

18          MR. STEGEBY:  (Inaudible)

19  BY MR. TAPP:

20      Q    All right, I'm going to think this one

21  through.  We're going to get through this one this

22  time.  The veracity and the accuracy of the program is

Douglas Wilson                                    October 28, 2016

Page 32

1   based upon the veracity and the accuracy of those

2   patterns, right?

3        A    I don't understand.

4        Q    The program can't possibly be accurate if

5   the patterns upon which it is based are not correct;

6   isn't that true?

7        A    I assume.

8        Q    Okay.  And so as a predicate for all of the

9   reports and the data that the alert system puts out in

10  its various forms to the end users, all of that is

11  operating under the assumption that the original

12  patterns were correct and have not changed in at least

13  a decade, right?

14       A    The patterns look for statistical behavior.

15       Q    Uh-huh.  And where is that statistical

16  behavior derived from?

17       A    From my knowledge previous investigator's

18  knowledge.

19       Q    So when you say previous investigator's

20  knowledge, and I understand that we're working with

21  limited knowledge on your part --

22       A    Uh-huh.

1      Q     -- the way that you say that, the why that I

2 interpret that for purposes of the record at the

3 moment is that a series of SNAP investigators got

4 together in the mid-90s, early 90s and said what do we

5 see in common with all these stores that are

6 trafficking and doing these other things?  And they

7 put together what they believe to be patterns.  Is

8 that what you're relaying to me when you're saying the

9 prior investigators put that together?

10     A     Yes.

11     Q     Okay.  There had to have been case studies

12 to create these patterns, wouldn't you agree?

13          MR. STEGEBY:  Objection to form, but you can

14 answer it.

15          W:  I can't say if there were or were not.

16 I don't know.

17 BY MR. TAPP:

18     Q     And so the system has continued to operate

19 the way that the system operates under the assumption

20 that everything that came before it was good, was

21 accurate, right?

22     A     Yes.

1      Q    All Right.  But we have no way to test the

2   veracity of the original patterns other than the, and

3   I apologize, other than the results that you're

4   getting on disqualification rates.

5           MR. STEGEBY:  Hold on.  Can you ask that

6   question again?

7           MR. TAPP:  Maybe.  If you could read that

8   back to me, because I don't think I can.  We'll come

9   off the record.  Okay, let's stay on the record for a

10  minute.

11  BY MR. TAPP:

12     Q    All right.  So my prior question which was

13  worded in a very roundabout way was intended to be

14  that the veracity to the accuracy of the system, as

15  far as the Department is concerned, is verified by the

16  results that the Department achieves and its

17  administrative disqualifications of stores as a result

18  of charging matters.

19     A    Yes.

20     Q    All right.  Okay.  All right.  So we've from

21  a very 10,000-foot point of view asked about what the

22  system does.  I'm going to go into a little bit more

Page 35

1   detail.  So and we're going to do it using

2   hypotheticals, because I think that's going to be the

3   easiest way for it to come across.  But we'll say John

4   Smith --

5            MR. STEGEBY:  Do you want to take a break?

6            MS. PIERCE:  Yeah.

7            MR. STEGEBY:  Take five.

8            (Off the record.)

9            (Back on the record.)

10  BY MR. TAPP:

11       Q    So the questions that I'm going to ask you

12  are based upon your personal knowledge.  They are

13  going to be phrased hypothetically in order to help

14  whoever reads this transcript understand what it is

15  that we're talking about.  But it's entirely intended

16  to only display what it is that you know personally.

17  If there is something that you do not know personally,

18  something that you would have to speculate on, please

19  indicate so that the record is clear.  Do you

20  understand?

21       A    Yeah.  Yes.

22       Q    Okay.

1          MR. STEGEBY:  And to, just so you know as

2    well, to the extent which you're asked to speculate on

3    something you don't have personal knowledge of or

4    experience with, then don't go there.

5          W:  Okay.

6          MR. STEGEBY:  You can't testify about that.

7    You're a fact witness.  You're not an expert witness

8    who can provide opinions.  So it's purely based on

9    your experience.  And I appreciate that clarification.

10   BY MR. TAPP:

11      Q    All right.  So now that we're there we've

12   got John Smith.  John Smith is at a gas station in

13   we'll call it Georgia.  And he is a SNAP participant.

14   And he goes and he purchases his food items, we'll

15   call it $20 worth of food items.  That transaction

16   gets recorded and actually processed by the processor.

17   And the processor subsequently transfers that

18   transaction's data to FNS, correct?

19      A    Correct.

20      Q    All right.  From FNS it resides in a

21   database.

22      A    Correct.

1      Q    And that databased has been building and

2  ongoing since 2006 or 2010.

3      A    Correct.

4      Q    Okay.  So this month marks six years' worth

5  of information that you have.

6      A    Correct.

7      Q    Okay.  And that information, that

8  transaction data sits there permanently.

9      A    Correct.

10      Q    Or until the next version comes out and that

11  particular database is retired.

12      A    Correct.

13      Q    Okay.  Then the alert system compiles all of

14  that data and applies to it a filter looking for

15  certain patterns; is that correct?

16      A    Correct.

17      Q    Okay.  Are you personally familiar with the

18  different, I think there's about five, categories of

19  patterns that the system ends up reporting after it's

20  left your hands, but ends up reporting later?

21      A    Yes.

22      Q    Okay.  And if you wouldn't mind for the

1  benefit of the record, could you please state those

2  different categories to the best of your knowledge?

3      A    There's several patterns that look for

4  patterns within cents values.

5      Q    And so we'll call that same number of cents?

6      A    Yes.

7      Q    And that identifies transactions that occur

8  where the last two cents are the same number, right?

9      A    Correct.

10     Q    And that particular same number cent repeats

11  above a threshold number.

12     A    Correct.

13     Q    Okay.  At which point does that get reported

14  or does that get automatically generated and sent to

15  FNS or is there a report that you run on a monthly

16  basis that looks through that, applies that particular

17  filter, that particular pattern and then generates a

18  report?

19          MR. STEGEBY:  Objection.  I did not

20  understand the question.

21          MR. TAPP:  I'll rephrase.

22          MR. STEGEBY:  Thank you.

1   BY MR. TAPP:

2       Q    The system itself, so we're working our way

3   through the system.  We've got John Smith's

4   transaction in there and it's not part of this master

5   database that FNS is using through the alert system,

6   as FNS is the end user of the alert system, right?

7       A    Yes.

8       Q    And the alert system itself looks and it

9   sees John's Smith's pattern.  And we'll say John

10  Smith, again, $20, even numbered cents for the

11  purposes of this particular example.  The alert system

12  would lump his transaction in.  And supposing there

13  were enough other transactions that this retailer had

14  done to cross a threshold it would then flag the

15  retailer as having satisfied the threshold on that

16  particular category of same number of cents.

17      A    Correct.

18      Q    Okay.  The system, is the system responsible

19  for identifying that to FNS or is that an on demand

20  request made by your office that then sends that

21  information out to FNS?

22      A    The system analyzes the data.

1      Q     Uh-huh.

2      A     If certain data meets the threshold that

3  retailer will get flagged, as you said.

4      Q     Uh-huh.

5      A     The data is stored in the database.  The

6  user is then responsible to go in and use the alert

7  user interface to look at the results of those

8  analyses.

9      Q     So the system automatically catalogs it; is

10  that what I'm hearing?

11      A     Yes.

12      Q     And then the end user, the FNS administrator

13  if you will, will go in and in their window of the

14  alert system they will see that the store that Mr.

15  Smith had shopped at has been flagged.

16      A     Yes.

17      Q     Okay.  Does FNS, or I'm sorry, does the

18  alert system have the ability to organize the

19  information by household?

20      A     The system allows you to search for

21  transactions by households.

22      Q     Are there currently any reports that would

Page 41

1    conveniently bring up the transaction history of a

2    particular household through a there?

3         A    Yes.

4         Q    Okay.  And that would be theoretically

5    available for all households that receive SNAP

6    benefits?

7         A    That have conducted a transaction.

8         Q    That have conducted a transaction.

9         A    Yes.

10        Q    Okay.  So how often typically to your

11   knowledge are those reports about flagged stores

12   generated?

13        A    We run the analysis on a monthly basis.

14        Q    And when in a month do you typically run it?

15        A    Typically within the first week of the new

16   month.

17        Q    Okay.  And then when you run the analysis

18   what happens?

19        A    The analysis is run and then the system will

20   generate a list of retailers based on the results of

21   the monthly analysis.

22        Q    Uh-huh.

Page 42

1      A     And basically rank them and produce a list

2  that the users can look at.

3      Q     Is it safe to say that the ranking system is

4  based upon what the system has flagged as the most

5  egregious of violations of the threshold or is it

6  ranked based on age, total volume, dollars, how is

7  that done?

8      A     It's a regression model.

9      Q     Please --

10     A     And --

11     Q     English and history major.

12     A     Yeah.

13     Q     I (inaudible).

14     A     It is based on the number of flags that a

15  retailer received, the store type, the location.

16  There are a number of factors in the ranking.  And the

17  ranking is just a score to help the user prioritize

18  how to tackle their workload.

19     Q     Who determined what the factors are?

20     A     The factors.  I don't understand the

21  question.

22     Q     You just stated that there's a number of

1   factors that affect the rankings.

2       A    Okay.  It was based upon a statistical

3   analysis of past data, past sanctions to my knowledge.

4   I don't know the full details.

5       Q    How long has that ranking system been

6   around?

7       A    The latest one is I want to say two years.

8       Q    Is geographic location one of the factors?

9       A    Honestly I don't know.

10      Q    Are you familiar with any the factors?

11      A    Yes.

12      Q    Which factors is it that you're familiar

13  with?  And again, I don't want details of which one's

14  more important and this, that or the other thing.

15  Just generally speaking what are the different factors

16  that are taken into consideration?

17      A    Certain patterns that are taken into

18  account.  The store type.

19      Q    So let me rewind a second.  Certain patterns

20  are given greater weight than others.

21      A    Yes.

22      Q    All right.  And those patterns would similar

1    to same sense, which we're going to have to circle

2    back and get the other four of those.  But same sense

3    is a type of pattern.

4         A    Yes.

5         Q    Okay.  So one of that category and if

6    there's a certain level of transactions above whatever

7    that threshold is then it becomes more or less urgent

8    as far as the ranking systems are concerned.

9         A    Yes.

10        Q    Okay.  Now, as far as geographic location is

11   concerned, what sort of data, what sort of information

12   does the system have access to about the geographic

13   locals of each one of the stores?

14        A    It has the physical address of each store.

15        Q    Is there any data collection done about the

16   socioeconomic status of the local surrounding SNAP

17   participant community?

18        A    No.

19        Q    What about other SNAP retailers in the area?

20        A    Yes.

21        Q    Is that part of the ranking, does it

22   consider how many other retailers there are?

Douglas Wilson                                    October 28, 2016

                                                    Page 45

1        A    No.

2        Q    Okay.  But it does -- it just knows where

3   the other ones are.

4        A    Yes.

5        Q    Okay.  All right.  So factors are generally

6   speaking geographic location.  The -- I'm going to

7   call it sense of urgency for purposes of the

8   transactions that have gone past that level where

9   they're now flagged.  So I'm assuming stores that have

10  higher volumes of certain patterns are flagged at a

11  higher level than stores with lower volumes of other

12  patterns.

13       A    Correct.

14       Q    Okay.  And I apologize for making this

15  vague.  But again, Mr. Stegeby and I are doing the

16  best we can not to dive into more specifics and so it

17  limits me in the ability for me to use the English

18  language to ask you.  What else, what are the other

19  factors?

20       A    There is a factor for high dollar volume

21  transactions.

22       Q    Okay.

1       A     There is a factor for repetitive

2   transactions short amount of time.

3       Q     Let's go ahead and finish that list and then

4   we'll take a break real quick.

5       A     There is a pattern for, well, there are two

6   repetitive transaction patterns.  One is for a single

7   household and then there is another for any household

8   at a single register.

9       Q     Okay.

10      A     There is a pattern that looks for depleted

11  balance.

12      Q     Uh-huh.

13      A     And a pattern for manual transactions.

14      Q     All right.  Let's go ahead and take a break

15  because we're pushing noon and we've been doing this

16  for an hour and a half.

17            (Off the record.)

18            (Back on the record.)

19            MS. PIERCE:  That's more how (inaudible).

20            W:  That's ours.

21            MS. PIERCE:  Garage floods every time it

22  rains.  Power goes out all the time.

 1           MR. TAPP:  Ready to go?

 2           W:  Yeah.

 3    BY MR. TAPP:

 4      Q    All right.  So we had just gone through a

 5    list of factors that are used in ranking for purposes

 6    of what the SNAP FNS officials are going to be looking

 7    at for Retail Operations Division.  What is it about

 8    same cent transactions that indicates there's

 9    something wrong to your knowledge?  And keeping in

10    mind these questions are going to fall into that same

11    category that we talked about earlier, which is I'm

12    asking you about your personal knowledge, I'm not

13    asking you to go outside of that.  But what is it that

14    the same cents transactions, why do they cause

15    concern?

16      A    From my knowledge is a lot of, you know, how

17    many -- when you go to the store and you ring up

18    several items --

19      Q    Uh-huh.

20      A    -- how often does it end in 00 cents or 50

21    cents?  Or if you have a pattern of the same cents

22    value that's a little bit unusual.

 1        Q    So same cents is under, operates under the

 2   presumption that stores price their products a certain

 3   way.

 4              MR. STEGEBY:  And let me just --

 5              MR. TAPP:  Do you understand?

 6              MR. STEGEBY:  Let me just clarify too.  You

 7   mentioned that a couple of cents values.  And that is

 8   not to be taken as what the actual values are that you

 9   look at; is that right?

10              W:  Correct.

11              MR. STEGEBY:  Okay.  So just to make sure on

12   the record those are not the actual values.

13              MR. TAPP:  What do you mean not the actual

14   values?

15              MR. STEGEBY:  Well, they may -- he just

16   mentioned 50 cents or 00.

17              MR. TAPP:  Right.

18              MR. STEGEBY:  How often does it happen?

19              MR. TAPP:  Yeah.

20              MR. STEGEBY:  That's not in the necessary of

21   what which actual values that they use to identify a

22   pattern (inaudible).

1          MR. TAPP:  We'll call it for argument's sake

2    87 cents.

3          MR. STEGEBY:  Yeah, sure.

4          MR. TAPP:  Just so that we can have

5    something out there.

6          MR. STEGEBY:  Yeah.

7    BY MR. TAPP:

8      Q    But the presumption that 87 cents has

9    something that there's -- that's wrong with it is

10   based upon the idea that the stores are pricing their

11   products in a particular way, correct?

12     A    Not necessarily they're pricing their

13   products.  But from my understanding is that having

14   multiple transactions coming out to the identical same

15   cents value is not normal.

16     Q    There are, however, again, limited to your

17   personal knowledge, situations and circumstances where

18   it's got a justifiable reason, right?

19     A    Correct.

20     Q    Okay.  And so for the purposes of my

21   knowledge, do you know anybody inside of the USDA that

22   would be able to specifically tell me why it is that

1  whichever cents that may be is the cents that they

2  have selected to be a part of this factor, or why this

3  factor is so indicative to them on a professional and

4  expert level to indicate that there is fraud or SNAP

5  violation?

6       A    Do I know somebody?

7       Q    Yes, sir.

8       A    Not particularly, no.

9       Q    So --

10      A    I -- let me tell you this.

11      Q    Yeah.

12      A    The fact that we look at these analysis and

13  look for these patterns does not indicate that the

14  retailer is committing fraud.  This is one factor that

15  the investigator user uses along with other factors to

16  make a determination.

17      Q    All right.  This questions is going to be

18  phrased only for your personal information and your

19  personal knowledge.  What other factors besides this

20  one to your knowledge did those investigators

21  typically look at and rely on when they look at this

22  data?

1          MR. STEGEBY:  And just to clarify.  If you

2    use to them, titles, investigator and user.  And I

3    think you may want clarify which one is (inaudible).

4    BY MR. TAPP:

5          Q    I'll be glad -- let's go ahead -- and I

6    have been using them interchangebly and that has to do

7    with my understanding.  So maybe you could help me

8    with this.

9          A    Uh-huh.

10         Q    The end users in FNS, individual, person

11   employed by FNS usually with the Retailer Operations

12   Divisions, correct?

13         A    Correct.

14         Q    Is that person the same person as the one

15   who investigates the retail store to your knowledge

16   after they receive the data from the alert system

17   indicating that a particular store has been flagged?

18         A    Correct.

19         Q    Okay.  So I'm going to do the best I can to

20   refer to them as the investigator from this point on.

21   All right.  So what --

22         MR. STEGEBY:  Can you go off the record?

1          (Off the record.)

2          (Back on the record.)

3          MR. STEGEBY:  You might want to just clear

4     up that right now.

5     BY MR. TAPP:

6     Q    All right.  All right.  So the term that I

7     just led to investigator we're not going to use.  This

8     person at FNS with the Retailer Operations Division,

9     which (inaudible) is an analyst, right?

10    A    Correct.

11    Q    And a second ago I just referred to him as

12    investigators.  But really for all intents and

13    purposes this individual analyzes the data and the

14    information that crosses his or her desk in order to

15    make a more detailed finding as to whether or not

16    there is a SNAP violation.

17    A    Correct.

18    Q    All right.  So this analyst to your

19    knowledge are there any other factors that the analyst

20    looks at aside from the information that is

21    distributed from the alert system?

22    A    Yes.

1      Q     What other factors are there?

2      A     To my knowledge they look at store pictures,

3   store inventory, location information.

4      Q     And when you say location information,

5   forgive me, I'm going to keep hounding on that,

6   because that, there's a lot of stuff about location

7   information.  And again, obviously this isn't a part

8   of your scope of what you do on a day-to-day basis.

9   But what about store location information?

10      A     The neighborhood that the store is located

11   in.  Where is it?  Are they the only store available

12   in the area?  Are there other stores?  That type of

13   information.

14      Q     Okay.

15      A     To my knowledge.

16      Q     All right.

17      A     There may be other but I do not know.

18      Q     Is that all the factors that you're aware

19   of?  Not just for location, but as to what the analyst

20   looks at.

21      A     Yes.

22      Q     What are the other factors?

1      A      Any past complaints activity that may have

2   been brought up against the store.

3      Q      Okay.  Is this to your knowledge part of a

4   handbook or an instructional manual or a guidebook

5   that these analysts look at and use?

6      A      Yes.

7      Q      And what is that called?

8      A      I believe -- I don't know exactly, but

9   standard operating procedures.

10     Q      And this standard operating procedures

11  dovetails in with the information that comes from the

12  alert system, correct?

13     A      I don't know the specifics about that

14  because that's from a different department.

15     Q      Okay.  And that's fine.  All right.  So a

16  minute ago we were talking about the factors and we

17  started at 87 cents.  There is an assumption inside of

18  the alert system that same numbered cents over a

19  certain threshold indicates wrongdoing.

20     A      Indicates suspicious behavior.

21     Q      Suspicious behavior for the purposes of

22  what?

Douglas Wilson                                      October 28, 2016

                                                    Page 55

1        A     It's not normal behavior based on other

2    store types, other stores.

3        Q     And so that store would be suspected of

4    what?

5        A     Doing something out of the normal.

6        Q     There's a lot of things out of the normal.

7        A     Yeah.

8        Q     So we've got Joe's Burger Shop who serves

9    frozen burgers and heats them up at the end of the

10   sale transaction here and it's all done legitimately

11   and whatnot.  But let's say Joe's is selling a whole

12   bunch and he's not at all what you would expect, what

13   the alert system would expect.  And for whatever

14   reason he has crossed a threshold on three or four of

15   these.  You've indicated that there's a suspicion.

16   What is it that the Department on your understanding

17   is suspicious of?  What is it that the alert system is

18   saying about Joe's?

19       A     That it's not behaving.  The transactions

20   are showing that the activity at the store is not, I'm

21   trying to word this properly, is not of the normal

22   pattern or behavior.

1      Q    Okay.  So there is a second dataset that

2   that is comparing it to, right?

3      A    It's comparing it to the peers.

4      Q    Ah.  Now, who are the peers?

5      A    The other stores of the same store type.

6      Q    Only the same store type?

7           MR. STEGEBY:  Can I just clarify where we

8   are here?  Are you asking questions about the retail

9   operating system person or are you asking about the

10  alert system, the program itself?

11  BY MR. TAPP:

12     Q    I'm asking about the alert system.  Well,

13  the alert system is flagging these transactions as

14  being unusual, right?

15     A    Correct.

16     Q    And so in order to determine what is usual

17  there has to be a dataset somewhere that would

18  indicate what is normal.

19     A    It's based on the store type and the store

20  location.

21     Q    Now, I, again, have been on the outside

22  looking in on this, so I think I have a good feel for

1   what the different store types are.  But to your

2   knowledge and for the benefit of the record can you

3   tell me what the different store types are?

4        A    There's quite a few.

5        Q    I gotcha.

6        A    Some of them are convenience stores, small

7   grocery stores, medium grocery stores, large groceries

8   stores, superstores, a combination grocery other

9   stores, farmer's market, seafood specialties, bakery.

10  I'm sure I'm missing a few.  I don't know the top of

11  my head.

12       Q    Okay.  And so Joe's Burger Shack that I was

13  talking to you about earlier as an example, we'll call

14  for the purposes of this we'll call Joe's Burger Shack

15  a small -- no, let's just call it a convenience store

16  for argument's sake.

17       A    Okay.

18       Q    So as a convenience store inside of the

19  alert system, the alert system is going to determine

20  what normal is based upon other convenience stores

21  that are geographically close to Joe's?

22       A    The alert system just looks at the data for

Douglas Wilson                                    October 28, 2016

1    the patterns.  Then it's looking at the data for the

2    patterns.  And then based on those patterns the

3    analyst takes into account the location of the store,

4    the surrounding areas and determines if it's -- if

5    there's something unusual possibly going on.

6        Q    All right.  So the alert system doesn't --

7    and forgive me, I'm a little confused.  We've got two

8    layers maybe of consideration for surrounding stores

9    in the same geographic area.  One happens if the alert

10   system, for purposes of determining whether or not the

11   specific transaction data is typical, right?

12       A    Uh-huh.

13       Q    And then we've got one at the analyst level

14   where the analyst then looks to the same theoretically

15   surrounding geographical stores to determine whether

16   or not the transaction data is atypical or whether or

17   not there could be an explanation for it.

18       A    Correct.

19       Q    Okay.  So that, twice that's made, that's

20   decided.

21       A    I'm trying to understand.  It's hard to

22   explain.  The alert scans to my knowledge look at

Douglas Wilson                                          October 28, 2016

                                                        Page 59

1    certain store types and then look for the patterns in

2    the data.

3         Q    Okay.

4         A    Okay.  And It's based on certain thresholds.

5         Q    Uh-huh.

6         A    Right.

7         Q    Yeah.

8         A    And then those patterns are then reported

9    and looked at by the investi -- the analyst, excuse

10   me.  The analyst is responsible for taking into

11   account the location of the store, the surrounding

12   areas and then other, the other factors we spoke

13   about, pictures, the stock.

14        Q    But that first step in alert when it goes to

15   compare this Joe's Burger Shack, which is a

16   convenience store, to the --

17        A    Uh-huh.

18        Q    -- other convenience stores in the local

19   area it has essentially before flagging it, before

20   flagging the data it has made the determination of

21   what is typical on a transaction basis for convenience

22   stores; is that right?

1       A    The system, to my knowledge the system does

2   not determine what's normal.  Okay.  They just

3   determine the pattern.  It's hard to explain.

4       Q    Well, and that might help me.  Maybe let me

5   see if I can't clarify.  And again, you know, Mr.

6   Stegeby talked about my questioning patterns going in

7   circles.  And this is sort of what it's designed to

8   do.  It's a little bit to help us clarify.  But so the

9   system it flags simply transactions that are -- that

10  cross a certainly threshold and fit a certain pattern.

11      A    Correct.

12      Q    Okay.  And it doesn't care if every store in

13  the city does it that way or if just this one store

14  does this way.  All that matters is that it's

15  crossed the threshold on the pattern.

16      A    Correct.

17      Q    Okay.  So then my earlier question about

18  whether or not the alert system had made that local

19  comparison is inaccurate, right, it doesn't make that

20  comparison, correct?

21      A    Correct.

22      Q    Okay.  So then the analyst is the one who is

Douglas Wilson                                    October 28, 2016

Page 61

1    responsible for looking into the other stores to see.

2          A    Correct.

3          Q    Is the analyst provided information about

4    all of the store's transactions that are surrounding

5    Joe's Burger Shack that is being investigated?

6          A    Yes.

7          Q    Okay.  About how many stores typically does

8    that analyst look at to your knowledge?

9          A    I don't know.

10         Q    Okay.  So it's not part of a report that the

11   alert system automatically issues.

12         A    No.

13         Q    Okay.  About how many stores make it onto

14   the alert report per month?  Nationwide obviously.

15         A    On average there's probably maybe 6 to 800

16   on any given month.

17         Q    Okay.  And do you have I'm going to call

18   them repeat offenders, but individuals, individual

19   stores that continue to show up month after month on

20   that, or is it a new category, new set every time?

21         A    Once you show up on the list you're on there

22   until the analyst basically takes you off the list.

Page 62

1      Q    Okay.  So --

2      A    So these 6 to 8 --

3      Q    You're under investigation until has put

4  hands on in your file.

5      A    Yes.

6      Q    And 6 to 800 new ones every month?

7      A    Yes.

8      Q    So really the alert system doesn't

9  necessarily make the determination of what

10  transactions are normal.  All it does is flag

11  patterns.

12      A    Correct.

13      Q    And those patterns are all based upon the

14  information that came about prior to your involvement

15  with the alert system.

16      A    Correct.

17      Q    And there's been no change to the pattern,

18  to the thresholds as far as you know in the past ten

19  years since you've been directly involved in it?

20      A    Correct.

21      Q    Okay.  Now, the other factors that we talked

22  about, high dollar volume transactions, repetitive

1   transactions --

2        A    Uh-huh.

3        Q    -- the rest of those.  Do you have any

4   person knowledge as to why those factors are included

5   in the things that the alert system identifies?

6        A    Why they were included, stats on why they

7   were included?  No, I do not.

8        Q    Okay.  Do you -- are you aware of anyone

9   with the Department that would know why those factors

10  are included?

11       A    No, I don't.

12       Q    Okay.  All right, let's take a 15-minute

13  break.

14       (Off the record.)

15       (Back on the record.)

16  BY MR. TAPP:

17       Q    Good to go?

18       A    Uh-huh.

19       Q    All right.  We talked about this a little

20  bit earlier, but I wanted to just make sure that there

21  was some clarification.  Those patterns that we were

22  talking about, the different factors that are

1   associated with the patterns, so same cents, the large

2   transaction, short period of time, things of that

3   nature, those are all built around the idea of SNAP

4   trafficking, right?

5        A    Yeah.  Yes.

6        Q    And are those built around stuff like stores

7   giving credit and stores selling ineligible items?

8        A    The system cannot determine that, so no.

9        Q    Okay.  But fraud is theoretically what the

10  system was originally intended to identify.

11       A    It was to identify unusual behavior that

12  could lead to fraud.

13       Q    Okay.  But that was the primary focus was

14  fraud elimination, that's what you have the alert

15  system for.

16       A    Correct.

17       Q    Okay.  We went through a couple of sort of

18  disjointed hypotheticals earlier.  And I'm trying not

19  to go anymore.  Just so that I'm clear, the alert

20  system takes these patterns that it's looking for, it

21  takes the thresholds that it's got and just applies

22  them carte blanche to all the data.  Reports back what

1    it finds of the patterns that clears the threshold,

2    correct?

3         A    It takes the thresholds and patterns and

4    runs on a monthly basis by state and applies those

5    patterns and looks for the ones that cross over the

6    threshold.

7         Q    Okay.  So stores to satisfy what functioning

8    the filters are set for.

9         A    Correct.

10        Q    Okay.  Does it conduct any other type of

11   analysis or determination besides what we just talked

12   about?

13        A    No.

14        Q    Okay.  And that eliminates all the rest of

15   my hypotheticals.  And like I just mentioned, the

16   actual alert program itself can't distinguish between

17   the difference in different types of SNAP violations

18   as set against SNAP traffic.

19        A    Correct.

20        Q    Okay.  One thing that we did not make clear

21   in the record earlier was how store size is determined

22   to your knowledge.  Do you know how it is any one of

1    those stores ends up categorized in one of the

2    several, I think it was eight or nine different

3    categories of stores you gave me earlier?

4         A    That is done outside of alert.

5         Q    So that's information that's already input

6    to you --

7         A    Correct.

8         Q    -- as it is.

9         A    Correct.

10        Q    Okay.  As far as an analysis is concerned,

11   is there any particular guideline that you're aware of

12   the minimum number of stores that the data should be

13   compared to for purposes of evaluation?  And again, I

14   know this is outside your purview.  But to your

15   personal knowledge are you aware of the minimum number

16   of stores?

17        A    To my knowledge I don't think there is a

18   minimum.

19        Q    So if it's one or two and it's in the

20   analyst's opinion that that's appropriate then to your

21   knowledge that's sufficient?

22        A    To my knowledge.

1      Q    Okay.  But there's nothing built into the

2  alert system which indicates that, hey, we flagged

3  these, in order to be able to verify this you need to

4  identify five stores?

5      A    No.

6      Q    Okay.  Do you know how frequently the system

7  flags the superstore?

8      A    The system does not flag superstores.

9      Q    Why not?

10     A    The system does not flag superstores or

11 supermarkets.

12     Q    Really?  Do you know why that is?

13     A    Superstores and supermarkets typically have

14 their own fraud prevention system.  And the high

15 percentage of fraud is usually committed in the

16 smaller stores.

17     Q    So functionally and, again, your personal

18 knowledge, the USDA just trusts those stores to police

19 themselves?

20     A    To my knowledge, yes.

21     Q    Okay.  How about -- and when you said

22 supermarkets do you mean large grocery stores?

1        A     Correct.

2        Q     Okay.  How about medium and small grocery

3   stores, how often would you say in your experience

4   you've seen those stores flagged?

5        A     I honestly couldn't tell you.

6        Q     All right.  Is there a particular type of

7   store that gets flagged more than any other type of

8   store in your experience?

9        A     In my experience normally convenience stores

10   or a combination other.  The smaller small grocery.

11        Q     And again, and you don't personally know

12   anybody who would be able to talk to me and Mr.

13   Stegeby about where those patterns came from and how

14   those patterns were derived?

15        A     No, sir.

16        Q     Okay.  How does to your knowledge the

17   Department in its use of the alert system ever

18   consulted with a statistician regarding the alert

19   system's data output or input?

20        A     Please clarify.

21        Q     So the USDA has operated on a contract basis

22   with a couple of different companies to help maintain

Douglas Wilson                                    October 28, 2016

1   and monitor the alert system for its performance and

2   effectiveness.

3        A    Correct.

4        Q    Okay.  Has that ever included consulting

5   with a statistician?

6        A    There have been statisticians on the

7   contract, yes.

8        Q    Okay.  Are there to your knowledge right now

9   any current statisticians on the project?

10       A    Currently no.

11       Q    Do you know the names of any of the

12  individuals who used to be on the project that were

13  statisticians?

14       A    Not off the top of my head.

15       Q    Would there be any way for us to identify

16  those individuals at this point?

17       A    Probably.

18       Q    And how would we go about doing that to your

19  knowledge?

20       A    Probably contacting the contractors.  I

21  don't know.

22       Q    Okay.  So it would have been with those

Douglas Wilson                                    October 28, 2016

Page 70

1    contracts.

2         A    Yes.

3         Q    Would that have been ALTA or was it a

4    different company?

5         A    Probably more recently SRA.

6         Q    SRA?  And before them?

7         A    ALTA systems.

8         Q    All right.  So presumably they would know

9    who they sent out to do work under a government

10   contract and would probably have, if anyone has

11   knowledge they would have knowledge about who that

12   was.

13        A    Probably.

14        Q    Okay.  Other than when we talked about, and

15   I just wanted to make sure that I'm right about this,

16   other than what we talked about the program covering

17   in my last set of questions about the program am I

18   correct in assuming that it does not take into

19   specific considerations individual participant

20   pattern?

21        A    Correct.

22        Q    Okay.  Is there any data fields within the

1    database that have information about a household size?

2         A    No.

3         Q    Okay.  So as far as the program knows it

4    could be 15 people, it could be two people.

5         A    Correct.

6         Q    It treats everybody the same.

7         A    Correct.

8         Q    You did indicate that there was a changeover

9    in versions in 2010.  What was the change in versions

10   designed to address?

11        A    Modernization of the system.

12        Q    Pulling it off of Windows XP and putting it

13   on Windows 7?

14        A    Correct.  Making it web based.

15        Q    Okay.  Materially though any of the actual

16   processes other than the reporting processes did

17   anything change?

18        A    No.

19        Q    So it was just picking it up and then

20   changing how users access it for all intents and

21   purposes but preserving the core.

22        A    Correct.

1      Q    Okay.  And it does not take into account

2   seasonal changes and shopping patterns I would assume.

3      A    No.

4      Q    All right.  I have no further questions for

5   you.  I'm not sure if Mr. Stegeby has any.

6           MR. STEGEBY:  I have no questions.  Let me

7   call Paige and see if she has any.

8           MR. TAPP:  Sure.  Sure.  We'll take a break.

9           (Off the record.)

10          (Back on the record.)

11          MR. TAPP:  Unforeseen things.

12          MR. STEGEBY:  Paige.

13          MS. O'HALE:  I'm on the line.

14          MR. TAPP:  Hey Paige.

15          MR. STEGEBY:  We want to let you know we're

16   on the record.

17          MS. O'HALE:  Okay.  Thank you everybody.

18   This is Paige O'Hale.  And again, I am -- I was

19   able to watch you via VTC from Louisiana but I have

20   not be able to actively participate because we have

21   not had any audio connection.  So I just want to make

22   that clear for the record.  And the United States

1   doesn't have any questions for the Esmail case and

2   thanks everybody for your cooperation and your

3   patience today with the technology problems.  And

4   that's it.

5           MR. TAPP:  Good luck with the trial prep.

6           MS. O'HALE:  Oh, thanks everybody, I

7   appreciate it.

8           MR. TAPP:  Okay.

9           MR. STEGEBY:  Thank you, Paige.

10          MS. O'HALE:  All right, bye.

11          MR. STEGEBY:  Bye.

12          MS. PIERCE:  Bye.

13          MR. TAPP:  One other thing, read or waive?

14          MR. STEGEBY:  Oh, yeah, we will read.

15          MR. TAPP:  Okay.  And we will if you'll get

16  me a quote on it we'll probably -- I think we have to

17  order it.

18          THE REPORTER:  Okay.  Is there like a

19  specific timeframe we need it?  Because I think

20  standard is seven to ten business days.

21          MR. TAPP:  Standard will be fine.

22          THE REPORTER:  All right.

1          MR. TAPP:  Standard will be fine.  I don't

2    have anything pressing.

3               (Witness will read and sign.)

4               (Whereupon, at 12:42 p.m., the deposition of

5               DOUGLAS WILSON was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1                CERTIFICATE OF NOTARY PUBLIC

2        I, Erick McNair, the officer before whom the

3    foregoing proceeding was taken, do hereby certify that

4    the proceedings were recorded by me and thereafter

5    reduced to typewriting under my direction; that said

6    proceedings are a true and accurate record to the best

7    of my knowledge, skills, and ability; that I am

8    neither counsel for, related to, nor employed by any

9    of the parties to the action in which this was taken;

10   and, further, that I am not a relative or employee of

11   any counsel or attorney employed by the parties

12   hereto, nor financially or otherwise interested in the

13   outcome of this action.

14

15                                          *Erick McNai*

16                             ERICK MCNAIR

17                     Notary Public in and for the

18                     DISTRICT OF COLUMBIA

19

20

21

22

Douglas Wilson                                    October 28, 2016

1                CERTIFICATE OF TRANSCRIBER

2        I, Wendy Sardina, do hereby certify that this

3    transcript was prepared from audio to the best of my

4    ability.

5        I am neither counsel for, related to, nor

6    employed by any of the parties to this action, nor

7    financially or otherwise interested in the outcome of

8    this action.

9

10

11

12    November 4, 2016         WENDY S. SARDINA

13

14

15

16

17

18

19

20

21

22

1               ACKNOWLEDGEMENT OF DEPONENT

2

3       I, Wilson Douglas, do hereby acknowledge I have

4    read and examined the foregoing pages of testimony,

5    and the same is a true, correct and complete

6    transcription of the testimony given by me, and any

7    changes or corrections, if any, appear in the attached

8    errata sheet signed by me.

9

10

11   _____        _____

12   Date                   Signature

13

14

15

16

17

18

19

20

21

22

1    E. KENNETH STEGEBY, Esq.

2    Department of Justice

3    400 N Tampa St, Suite 3200

4    Tampa, FL 33602

5

6

7    IN RE:  JL Corporation of Arcadia, Inc., et al v. USA

8    Dear Mr. Stegeby:

9         Enclosed please find your copy of the

10   deposition of Douglas Wilson, along with the original

11   signature page.  As agreed, you will be responsible

12   for contacting the witness regarding signature.

13        Within 30 days of November 11, 2016 please

14   forward  errata sheet and original signed signature page

15   to counsel for Defendant, Andrew Tapp.

16      If you have any questions, please do not hesitate

17   to call.  Thank you.

18   Yours,

19   Erick McNair

20   Reporter/Notary

21   cc:  Andrew Z. Tapp

22

Douglas Wilson                                          October 28, 2016

                                                        Page 79

1    Veritext Legal Solutions

2    1250 Eye Street, Northwest

3    Suite 350

4    Washington, D.C.  20005

5    (202)857-3376

6                    E R R A T A   S H E E T

7    Case Name:  JL Corporation of Arcadia, Inc., et al v.

8    USA

9    Witness Name:  Douglas Wilson

10   Deposition Date:  Friday, October 28, 2016

11   Job No.: 2463517

12   Page No.        Line No.        Change/Reason for Change

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____    _____

22   Signature                          Date

| | | | |
|---|---|---|---|

**&**

**&**   1:8

**0**

**00**   47:20 48:16

**1**

**10,000**   34:21
**100**   2:6
**10:49**   1:21
**10:55**   10:7
**11**   78:13
**11:05**   10:8
**11:07**   11:11
**11:09**   11:12
**1250**   79:2
**12:42**   74:4
**15**   29:18 30:3
   63:12 71:4
**16-3001**   10:16
**1780**   2:6
**1989**   7:4
**1995**   7:10,13,15
   7:18

**2**

**20**   36:15 39:10
**200**   16:16
**2000**   10:3
**20005**   79:4
**2006**   28:14 37:2
**2009**   12:15,16
   13:13
**2010**   20:20,21
   21:3 37:2 71:9
**2013**   18:11
**2015**   13:17 30:2
   31:2
**2016**   1:14 27:1
   76:12 78:13 79:10
**202**   79:5
**23**   1:9
**2433**   1:9
**2463517**   79:11

**28**   1:14 79:10

**3**

**30**   78:13
**30b6**   23:19
**3101**   6:8
**3200**   2:14 78:3
**33602**   2:7,15 78:4
**350**   79:3
**3rd**   1:18

**4**

**4**   3:4 76:12
**400**   2:14 78:3

**5**

**50**   18:4 20:13
   47:20 48:16
**501**   1:18

**6**

**6**   61:15 62:2,6
**605-4601**   6:18

**7**

**7**   71:13
**703**   6:16

**8**

**8**   62:2
**800**   61:15 62:6
**813-228-0658**   2:8
**857-3376**   79:5
**87**   49:2,8 54:17
**8:15**   1:9

**9**

**90s**   21:12,13,14
   27:2,17 33:4,4
**92**   29:21 30:2,13
   31:3

**a**

**a.m.**   1:21 10:7,8
   11:11,12
**ability**   6:4 40:18
   45:17 75:7 76:4

**able**   10:19 22:11
   23:20 49:22 67:3
   68:12 72:19,20
**access**   44:12 71:20
**account**   19:1
   43:18 58:3 59:11
   72:1
**accounts**   19:1
**accuracy**   31:22
   32:1 34:14
**accurate**   20:14
   29:13 32:4 33:21
   75:6
**achieves**   34:16
**acknowledge**   77:3
**acknowledgement**
   77:1
**acre**   17:9
**action**   1:8 75:9,13
   76:6,8
**actively**   72:20
**activity**   54:1 55:20
**actual**   18:18 48:8
   48:12,13,21 65:16
   71:15
**add**   12:7,8
**address**   6:7,7
   44:14 71:10
**addressed**   6:12
**addresses**   23:18
**administration**
   8:8 17:6
**administrative**
   17:8 34:17
**administrator**
   40:12
**administrators**
   17:13
**affect**   6:3 43:1
**age**   42:6
**agency**   12:21
**ago**   18:8 27:4
   52:11 54:16

**agree**   30:17 33:12
**agreed**   78:11
**agreeing**   18:11
**agreements**   18:10
**ah**   56:4
**ahead**   11:14,17
   28:2 46:3,14 51:5
**akm**   1:8
**al**   78:7 79:7
**alert**   8:11,12,13
   8:15 9:9 13:1,6
   14:10,15,18,21
   16:1,3,4,8,21 21:8
   21:9 22:17 23:17
   24:3 26:17,22
   29:4 32:9 37:13
   39:5,6,8,11 40:6
   40:14,18 51:16
   52:21 54:12,18
   55:13,17 56:10,12
   56:13 57:19,19,22
   58:6,9,22 59:14
   60:18 61:11,14
   62:8,15 63:5
   64:14,19 65:16
   66:4 67:2 68:17
   68:18 69:1
**alexandria**   6:8
**allows**   23:13,13
   40:20
**alta**   7:13 8:4,16
   9:10,12,18,20
   10:2 12:10,12,14
   13:1 15:16 70:3,7
**alta's**   9:15,17
**america**   1:11
   10:16
**amount**   46:2
**analyses**   40:8
**analysis**   22:11,13
   41:13,17,19,21
   43:3 50:12 65:11
   66:10

**analyst** 14:10,20
15:8,19 52:9,18
52:19 53:19 58:3
58:13,14 59:9,10
60:22 61:3,8,22
**analysts** 54:5
**analyst's** 66:20
**analyzes** 23:19
39:22 52:13
**andrew** 2:4,9 4:14
78:15,21
**answer** 5:10,13
9:7 27:19,20
29:16 30:19 31:6
31:7 33:14
**answers** 9:7
**anybody** 12:7 21:2
29:10 49:21 68:12
**anymore** 64:19
**apologize** 22:5
34:3 45:14
**appeals** 4:16
**appear** 77:7
**appearance** 11:18
**application** 21:17
**applies** 37:14
38:16 64:21 65:4
**appreciate** 25:7
36:9 73:7
**appropriate** 66:20
**approximately**
12:16 16:16 28:13
29:21
**arcadia** 1:5,7 4:19
78:7 79:7
**archive** 21:4
**area** 44:19 53:12
58:9 59:19
**areas** 58:4 59:12
**argument's** 49:1
57:16
**ashely** 2:6
**aside** 52:20

**asked** 11:1 12:13
34:21 36:2
**asking** 4:19 5:11
25:5 47:12,13
56:8,9,12
**assistant** 2:12
**associated** 64:1
**assume** 5:10,13
9:22 13:21 16:20
31:1 32:7 72:2
**assuming** 16:2
45:9 70:18
**assumption** 12:11
33:19 54:17
**attached** 77:7
**attorney** 2:12
75:11
**attorneys** 12:5
**attorney's** 11:20
**atypical** 58:16
**audio** 72:21 76:3
**automated** 7:20
**automatically**
38:14 40:9 61:11
**available** 21:21
41:5 53:11
**average** 61:15
**aware** 18:16 28:7
28:10 30:5,6
53:18 63:8 66:11
66:15

**b**

**b** 1:6
**back** 10:8 11:12
11:14 12:10 20:17
20:19 29:1 34:8
35:9 44:2 46:18
52:2 63:15 64:22
72:10
**background** 6:20
6:21
**badge** 13:10
**bakery** 57:9

**balance** 46:11
**based** 5:13 16:21
22:13 25:10 26:16
32:1,5 35:12 36:8
41:20 42:4,6,14
43:2 49:10 55:1
56:19 57:20 58:2
59:4 62:13 71:14
**basically** 42:1
61:22
**basis** 38:16 41:13
53:8 59:21 65:4
68:21
**began** 10:20
**beginning** 1:21
8:11,13 21:18
**behalf** 1:21 2:3,11
**behaving** 55:19
**behavior** 21:10
25:17,20 32:14,16
54:20,21 55:1,22
64:11
**behaviors** 23:11
**believe** 4:18 7:13
11:4 12:15 20:19
29:21 33:7 54:8
**benefit** 6:20 9:2
27:22 38:1 57:2
**benefits** 18:22
41:6
**best** 25:1,3 38:2
45:16 51:19 75:6
76:3
**better** 22:21
**bit** 6:20 18:6
34:22 47:22 60:8
63:20
**black** 30:16
**blanche** 64:22
**break** 5:16 10:5,6
25:7 35:5 46:4,14
63:13 72:8
**bring** 30:1 41:1

**broadly** 25:3
**brought** 54:2
**building** 37:1
**built** 64:3,6 67:1
**bunch** 55:12
**burger** 55:8 57:12
57:14 59:15 61:5
**burgers** 55:9
**business** 6:22 13:4
73:20
**bye** 73:10,11,12

**c**

**c** 2:1 3:1 4:1
**caci** 7:19
**call** 36:13,15 38:5
45:7 49:1 57:13
57:14,15 61:17
72:7 78:17
**called** 1:17 4:7
7:18 8:4 54:7
**calling** 30:16
**can't** 28:3 32:4
33:15 36:6 60:5
65:16
**care** 60:12
**carte** 64:22
**case** 10:16,22 11:2
11:4 33:11 73:1
79:7
**cases** 4:17 24:4,5,6
24:21
**catalogs** 40:9
**categories** 37:18
38:2 66:3
**categorized** 66:1
**category** 39:16
44:5 47:11 61:20
**cause** 47:14
**caveat** 25:19
**cc** 78:21
**cent** 38:10 47:8
**center** 6:8
**central** 18:20

cents 38:4,5,8
39:10,16 47:14,20
47:21,21 48:1,7
48:16 49:2,8,15
50:1,1 54:17,18
64:1
certain 22:10 27:7
27:8 37:15 40:2
43:17,19 44:6
45:10 48:2 54:19
59:1,4 60:10
certainly 12:6
60:10
certificate 75:1
76:1
certifications 7:5
certify 75:3 76:2
change 13:9,10
22:22 62:17 71:9
71:17 79:12,12
changed 26:19
27:10 28:18 32:12
changeover 14:3
71:8
changes 72:2 77:7
changing 71:20
charge 30:15 31:2
charging 34:18
chowdhury 1:8
circle 11:14 29:1
30:17 44:1
circles 60:7
circumstances
49:17
citgo 1:7
city 60:13
civil 1:8
clarification 36:9
63:21
clarify 48:6 51:1,3
56:7 60:5,8 68:20
classes 26:5
clear 23:15 35:19
52:3 64:19 65:20

72:22
clears 65:1
close 57:21
collection 44:15
college 26:5
columbia 1:20
75:18
combination 57:8
68:10
come 17:19 26:13
34:8 35:3
comes 12:8 18:16
37:10 54:11
coming 18:20
26:10 49:14
committed 67:15
committing 50:14
common 5:2 33:5
community 22:20
44:17
companies 68:22
company 7:18 8:2
8:3,4 13:3 18:19
70:4
compare 59:15
compared 66:13
comparing 26:9
56:2,3
comparison 60:19
60:20
compilation 17:15
compile 19:9
compiles 37:13
complaints 54:1
complete 77:5
complicated 31:16
computer 7:22
27:15
concern 47:15
concerned 34:15
44:8,11 66:10
concluded 74:5
conduct 19:22
65:10

conducted 10:17
19:14 41:7,8
confused 58:7
connection 72:21
consider 44:22
consideration
43:16 58:8
considerations
70:19
consolidate 24:8
consulted 68:18
consulting 69:4
contact 9:6
contacting 69:20
78:12
contains 20:12,19
continue 61:19
continued 33:18
contract 7:19 8:7
8:9,11,12 9:21
13:1,8 68:21 69:7
70:10
contracted 19:10
contracting 12:21
20:9
contractor 7:15
7:19 14:3,22
contractors 17:5,7
69:20
contracts 70:1
contract's 13:22
convenience 57:6
57:15,18,20 59:16
59:18,21 68:9
conveniently 41:1
conversations
25:11
cooperation 73:2
copy 21:2 78:9
core 13:5,7 71:21
corporation 1:5,6
4:19 78:7 79:7
correct 5:13 7:16
9:14 14:19 15:21

17:1 20:15 25:12
26:11,12 27:9
28:8,9,19 29:5
30:10 31:1 32:5
32:12 36:18,19,22
37:3,6,9,12,15,16
38:9,12 39:17
45:13 48:10 49:11
49:19 51:12,13,18
52:10,17 54:12
56:15 58:18 60:11
60:16,20,21 61:2
62:12,16,20 64:16
65:2,9,19 66:7,9
68:1 69:3 70:18
70:21 71:5,7,14
71:22 77:5
corrections 77:7
correctly 19:22
couldn't 68:5
counsel 1:17 3:4
4:10 10:12 75:8
75:11 76:5 78:15
country 24:6
couple 5:1 8:14
18:8 48:7 64:17
68:22
court 1:1 5:4
covering 70:16
create 33:12
credence 31:14
credit 64:7
cross 39:14 60:10
65:5
crossed 55:14
60:15
crosses 52:14
crossing 25:6
current 6:7 14:8
69:9
currently 6:1
40:22 69:10
cv 1:9

**d**

**d** 1:6 4:1
**d.c.** 79:4
**data** 11:1 20:12,18
  21:4,4 23:1,2,3,8
  23:10,11 26:8,10
  30:5 31:14,14
  32:9 36:18 37:8
  37:14 39:22 40:2
  40:5 43:3 44:11
  44:15 50:22 51:16
  52:13 57:22 58:1
  58:11,16 59:2,20
  64:22 66:12 68:19
  70:22
**database** 14:22
  16:2,20,22 17:2,4
  17:5,8,13,14,18
  17:20 18:9,12
  19:17 20:11,17,19
  21:2 23:17 36:21
  37:11 39:5 40:5
  71:1
**databased** 37:1
**databases** 17:12
  17:15 18:12 20:17
**dataset** 56:1,17
**date** 77:12 79:10
  79:22
**day** 53:8,8
**days** 73:20 78:13
**dc** 1:13,19 10:17
**dear** 78:8
**decade** 32:13
**decided** 58:20
**deciphered** 26:14
**decision** 21:9 23:5
  23:7
**deeply** 24:14
**defendant** 1:12
  2:11 78:15
**degree** 6:22
**degrees** 7:5

**delaware** 7:2
**demand** 39:19
**department** 2:13
  21:17 34:15,16
  54:14 55:16 63:9
  68:17 78:2
**depleted** 46:10
**deponent** 77:1
**deposition** 1:15
  4:17,21 5:18
  10:16,20 24:2,9
  24:15,16 74:4
  78:10 79:10
**derive** 26:9
**derived** 24:19
  32:16 68:14
**designed** 23:5
  60:7 71:10
**desk** 9:1,3,16 15:1
  16:6 52:14
**detail** 23:21 35:1
**detailed** 52:15
**details** 43:4,13
**detect** 21:10
**determination**
  23:14 50:16 59:20
  62:9 65:11
**determine** 56:16
  57:19 58:15 60:2
  60:3 64:8
**determined** 24:17
  42:19 65:21
**determines** 58:4
**determining** 58:10
**developed** 9:20
  22:2,8,8,12
**developers** 15:11
  15:13
**didn't** 22:5 26:4
**difference** 65:17
**different** 13:4,5
  23:11 24:4,12
  37:18 38:2 43:15
  54:14 57:1,3

63:22 65:17 66:2
  68:22 70:4
**direct** 6:14
**direction** 75:5
**directly** 62:19
**discuss** 25:8
**discussed** 10:19
**disjointed** 64:18
**display** 35:16
**displayed** 22:10
**displaying** 23:1,3
**disqualification**
  34:4
**disqualifications**
  34:17
**disqualified** 31:3
**distinguish** 65:16
**distributed** 52:21
**district** 1:1,2,20
  24:21 75:18
**dive** 45:16
**diving** 24:14
**division** 1:3 16:10
  47:7 52:8
**divisions** 51:12
**doesn't** 11:5 20:8
  58:6 60:12,19
  62:8 73:1
**doing** 8:16 26:1,3
  33:6 45:15 46:15
  55:5 69:18
**dollar** 45:20 62:22
**dollars** 42:6
**don't** 5:7,8,20
  22:19 27:5 29:13
  30:6,22 31:8 32:3
  33:16 34:8 36:3,4
  42:20 43:4,9,13
  54:8,13 57:10
  61:9 63:11 66:17
  68:11 69:21 74:1
**douglas** 1:16 4:6
  4:13 74:5 77:3
  78:10 79:9

**dovetails** 54:11
**draconian** 5:17
**drive** 2:6 6:8
**drugs** 6:2
**duly** 4:7

**e**

**e** 2:1,1,12 3:1 4:1
  4:1 78:1 79:6,6,6
**earlier** 5:16 12:5
  16:1,19 24:5
  25:19 47:11 57:13
  60:17 63:20 64:18
  65:21 66:3
**early** 33:4
**easier** 19:3
**easiest** 35:3
**easy** 31:17
**ebt** 18:2 19:6
**educational** 6:21
**effect** 15:19 19:18
**effectiveness** 69:2
**effort** 24:8
**egregious** 42:5
**eight** 24:6 66:2
**eliminates** 65:14
**elimination** 64:14
**employed** 15:13
  51:11 75:8,11
  76:6
**employee** 75:10
**employees** 16:11
  17:10
**employment** 7:9
  7:11 12:12 13:16
**enclosed** 78:9
**ended** 13:22
**ends** 37:19,20
  66:1
**engaging** 18:9
**english** 42:11
  45:17
**enhancements**
  15:2

entail  15:9
entails  16:4
entirely  35:15
erick  1:19 75:2,16
  78:19
errata  77:8 78:14
error  30:4
esmail  10:15,22
  73:1
esq  78:1
esquire  2:4
essentially  59:19
established  28:22
et  78:7 79:7
evaluation  66:13
everybody  11:15
  71:6 72:17 73:2,6
exactly  9:4 25:2
  28:21 54:8
examination  1:17
  3:3 4:10
examined  4:8 77:4
example  29:18
  39:11 57:13
exception  20:12
excuse  59:9
exhibits  3:18
existence  29:4
expanded  21:21
expect  55:12,13
experience  36:4,9
  68:3,8,9
expert  36:7 50:4
expertise  23:16
explain  31:6 58:22
  60:3
explanation  58:17
extent  10:22 36:2
eye  79:2

**f**

fact  36:7 50:12
factor  45:20 46:1
  50:2,3,14

factors  42:16,19
  42:20 43:1,8,10
  43:12,15 45:5,19
  47:5 50:15,19
  52:19 53:1,18,22
  54:16 59:12 62:21
  63:4,9,22
factual  11:1
fair  13:11,12 27:8
fall  47:10
familiar  18:13
  30:8 37:17 43:10
  43:12
far  18:15 20:17
  34:15 44:8,10
  62:18 66:10 71:3
farmer's  57:9
federal  7:20,21
  11:21
feedback  22:20
feel  25:5 56:22
female  10:10
fields  70:22
file  62:4
filter  37:14 38:17
filters  65:8
financially  75:12
  76:7
find  9:7 29:6
  30:21 78:9
finding  52:15
finds  65:1
fine  6:7 54:15
  73:21 74:1
finish  46:3
first  4:2,7 5:2 8:14
  21:12 41:15 59:14
fit  22:21 60:10
five  35:7 37:18
  67:4
fl  2:7,15 78:4
flag  39:14 62:10
  67:8,10

flagged  40:3,15
  41:11 42:4 45:9
  45:10 51:17 67:2
  68:4,7
flagging  56:13
  59:19,20
flags  42:14 60:9
  67:7
floods  46:21
floor  6:13,14
florida  1:2,6 11:4
  24:21
fns  19:15 20:3,7
  36:18,20 38:15
  39:5,6,19,21
  40:12,17 47:6
  51:10,11 52:8
focus  64:13
follows  4:8
food  8:8 12:1
  13:20 16:10 36:14
  36:15
foot  34:21
foregoing  75:3
  77:4
forgive  18:6 29:12
  53:5 58:7
form  27:18 29:15
  30:18 31:5 33:13
format  21:5
forms  32:10
forward  78:14
four  44:2 55:14
fourth  6:13,14
fraud  25:15 50:4
  50:14 64:9,12,14
  67:14,15
fraudulent  21:10
free  5:12
frequently  67:6
friday  1:14 79:10
frozen  55:9
fulfilling  30:12

full  43:4
functionally  26:10
  30:15 67:17
functioning  65:7
functions  17:6,8
further  72:4 75:10
fy  29:18 30:3

**g**

g  4:1
garage  46:21
gas  36:12
general  24:3
generally  7:21
  25:3 43:15 45:5
generate  22:18
  41:20
generated  38:14
  41:12
generates  38:17
geographic  43:8
  44:10,12 45:6
  58:9
geographical
  58:15
geographically
  57:21
georgia  36:13
getting  34:4
give  10:4
given  43:20 61:16
  77:6
giving  31:14 64:7
glad  51:5
go  11:8,14,17
  12:17 13:18 14:5
  21:6 28:2 34:22
  36:4 40:6,13 46:3
  46:14 47:1,13,17
  51:5,22 63:17
  64:19 69:18
goes  16:2 36:14
  46:22 59:14
going  4:3 5:10,17
  5:18 6:19 10:9

11:7 23:20 24:22
25:3 26:6 28:22
31:12,20,21 34:22
35:1,2,11,13 44:1
45:6 47:6,10
50:17 51:19 52:7
53:5 57:19 58:5
60:6 61:17
**good** 33:20 56:22
63:17 73:5
**gotcha** 57:5
**government** 7:19
9:9,11,21 10:13
11:21 14:4,5,7
70:9
**greater** 43:20
**gritty** 11:1
**groceries** 57:7
**grocery** 57:7,7,8
67:22 68:2,10
**ground** 25:9
**group** 2:5 13:5
**grown** 21:18
**guidebook** 54:4
**guideline** 66:11

**h**

**h** 79:6
**half** 17:9 46:16
**hand** 4:4 20:9
**handbook** 54:4
**handful** 26:5
**handling** 23:17
**hands** 37:20 62:4
**happen** 48:18
**happened** 14:2
19:7
**happens** 23:18
41:18 58:9
**hard** 58:21 60:3
**head** 57:11 69:14
**hearing** 40:10
**heats** 55:9
**hell** 31:16

**hello** 10:14
**help** 8:19,20 9:1,3
9:7,16 15:1 16:5
21:10 22:12 35:13
42:17 51:7 60:4,8
68:22
**hereto** 75:12
**hesitate** 5:20
78:16
**hey** 67:2 72:14
**he's** 23:20 55:12
**high** 45:20 62:22
67:14
**higher** 45:10,11
**historically** 20:17
**history** 7:9,12
12:12 41:1 42:11
**hold** 34:5
**homework** 18:7
**honestly** 28:3 43:9
68:5
**hounding** 53:5
**hour** 5:19 46:16
**household** 40:19
41:2 46:7,7 71:1
**households** 40:21
41:5
**huh** 5:6 6:17
19:12 29:20 32:15
32:22 40:1,4
41:22 46:12 47:19
51:9 58:12 59:5
59:17 63:2,18
**hypothetical**
31:13
**hypothetically**
35:13
**hypotheticals** 35:2
64:18 65:15

**i**

**idea** 49:10 64:3
**identical** 27:16
49:14

**identifies** 38:7
63:5
**identify** 48:21
64:10,11 67:4
69:15
**identifying** 39:19
**important** 43:14
**improved** 21:22
**inaccurate** 60:19
**inaudible** 12:2
17:16 31:18 42:13
46:19 48:22 51:3
52:9
**inception** 27:2
**included** 17:18
63:4,6,7,10 69:4
**indicate** 30:12
35:19 50:4,13
56:18 71:8
**indicated** 15:22
16:19 21:11 22:14
23:4 29:1 55:15
**indicates** 47:8
54:19,20 67:2
**indicating** 51:17
**indication** 6:11
**indicative** 25:21
25:22 50:3
**individual** 18:21
51:10 52:13 61:18
70:19
**individuals** 13:5
17:11 30:15 61:18
69:12,16
**ineligible** 64:7
**influence** 6:2
**information** 16:21
17:18 18:15 19:9
22:10,13,19 23:14
24:19 27:1 29:7
30:17 37:5,7
39:21 40:19 44:11
50:18 52:14,20
53:3,4,7,9,13

54:11 61:3 62:14
66:5 71:1
**inherent** 31:11
**input** 66:5 68:19
**inside** 13:11 17:18
20:13 30:4 49:21
54:17 57:18
**instructional** 54:4
**intended** 24:2
34:13 35:15 64:10
**intents** 9:13 52:12
71:20
**interchangebly**
51:6
**interested** 75:12
76:7
**interesting** 30:1
**interface** 40:7
**international**
12:19
**interpret** 33:2
**interrupt** 11:13
22:5
**introduce** 11:15
**introduced** 11:16
**inventory** 53:3
**investi** 59:9
**investigated** 61:5
**investigates** 51:15
**investigation** 62:3
**investigator** 50:15
51:2,20 52:7
**investigators** 29:3
31:13 33:3,9
50:20 52:12
**investigator's**
26:16 32:17,19
**involve** 8:9
**involved** 8:10
28:12 62:19
**involvement** 15:15
62:14
**isn't** 24:22 30:7,15
32:6 53:7

**issues** 61:11
**items** 36:14,15
  47:18 64:7
**it's** 4:18 11:5
  19:18 26:6 28:21
  30:7,8,16 35:15
  36:8 37:19 39:4
  42:8 49:18 55:1
  55:10,19 56:3,19
  58:1,4,21 59:4
  60:3,7,8,14 61:10
  64:20,21 66:19,19
**i'll** 38:21 51:5
**i'm** 4:3 5:17 11:19
  11:20 12:2 16:1
  16:20 19:2 25:2,6
  28:22 30:6 31:20
  34:22 35:11 40:10
  40:17 45:6,9
  47:11,12 51:19
  53:5 55:20 56:12
  57:10,10 58:7,21
  61:17 64:18,19
  70:15 72:5,13
**i've** 11:15

**j**

**jl** 1:5 4:18 78:7
  79:7
**job** 8:17 14:6,7
  79:11
**joe's** 55:8,11,18
  57:12,14,21 59:15
  61:5
**john** 35:3 36:12
  36:12 39:3,9
**john's** 39:9
**judicial** 4:16
**jurisdiction** 19:7
**justice** 2:13 78:2
**justifiable** 49:18

**k**

**keep** 11:6 53:5

**keeping** 47:9
**kenneth** 2:12
  11:19 78:1
**kettle** 30:16
**know** 5:17,20 11:5
  28:21 29:9,11,12
  29:13 30:6,22
  31:8 33:16 35:16
  35:17 36:1 43:4,9
  47:16 49:21 50:6
  53:17 54:8,13
  57:10 60:5 61:9
  62:18 63:9 65:22
  66:14 67:6,12
  68:11 69:11,21
  70:8 72:15
**knowledge** 9:19
  17:12 20:10 26:15
  26:16,20 27:12
  28:5,17 29:2
  32:17,18,20,21
  35:12 36:3 38:2
  41:11 43:3 47:9
  47:12,16 49:17,21
  50:19,20 51:15
  52:19 53:2,15
  54:3 57:2 58:22
  60:1 61:8 63:4
  65:22 66:15,17,21
  66:22 67:18,20
  68:16 69:8,19
  70:11,11 75:7
**knows** 45:2 71:3

**l**

**language** 45:18
**large** 57:7 64:1
  67:22
**late** 8:4 12:15
  13:13 21:13,14
  27:2
**latest** 43:7
**law** 2:5
**layers** 58:8

**lead** 64:12
**led** 52:7
**left** 37:20
**legal** 1:19 79:1
**legitimately** 55:10
**let's** 7:9,10 10:6
  11:14 34:9 46:3
  46:14 51:5 55:11
  57:15 63:12
**level** 44:6 45:8,11
  50:4 58:13
**limited** 32:21
  49:16
**limits** 45:17
**line** 11:13 25:6
  72:13 79:12
**list** 41:20 42:1
  46:3 47:5 61:21
  61:22
**listening** 12:5
**little** 6:19 18:6
  34:22 47:22 58:7
  60:8 63:19
**loaded** 19:16
**local** 44:16 59:18
  60:18
**locals** 44:13
**located** 53:10
**location** 42:15
  43:8 44:10 45:6
  53:3,4,6,9,19
  56:20 58:3 59:11
**logical** 21:7
**long** 10:2 26:18
  28:10 43:5
**longer** 5:18
**look** 23:11,13
  26:22 32:14 38:3
  40:7 42:2 48:9
  50:12,13,21,21
  53:2 54:5 58:22
  59:1 61:8
**looked** 59:9

**looking** 25:14,16
  26:6,10 27:1,2,14
  27:15 37:14 47:6
  56:22 58:1 61:1
  64:20
**looks** 38:16 39:8
  46:10 52:20 53:20
  57:22 58:14 65:5
**lot** 26:4 47:16 53:6
  55:6
**louisiana** 10:13,18
  72:19
**lower** 45:11
**luck** 73:5
**lump** 39:12
**lunch** 5:19

**m**

**mail** 6:11
**maintain** 16:20
  17:3 68:22
**maintaining** 17:12
**major** 42:11
**making** 16:4,6
  45:14 71:14
**manage** 14:21,22
  16:1 17:4
**management** 6:22
**manager** 14:11
  15:19
**managers** 14:12
**managing** 16:3,4,5
**manual** 46:13
  54:4
**margin** 30:4,9
**marked** 3:18
**market** 57:9
**marks** 37:4
**master** 39:4
**materially** 71:15
**matter** 4:20
**matters** 34:18
  60:14
**ma'am** 11:22

mcnair 1:19 75:2
  75:16 78:19
mean 9:4 22:5,8
  30:16 48:13 67:22
meant 5:11
medications 6:3
medium 57:7 68:2
meets 40:2
members 13:7
mentioned 12:4
  24:5 48:7,16
  65:15
met 16:6
metropolitan 2:5
metropolitan.legal
  2:9
mid 21:12 33:4
middle 1:2 24:21
mind 37:22 47:10
minimum 66:12
  66:15,18
minute 27:4 34:10
  54:16 63:12
missing 57:10
model 42:8
modernization
  71:11
mohammed 1:7
mohuddin 1:8
moment 11:9
  24:20 33:3
monitor 69:1
month 15:20 37:4
  41:14,16 61:14,16
  61:19,19 62:6
monthly 38:15
  41:13,21 65:4
movement 18:22
multiple 49:14

**n**

n 2:1,14 3:1,1 4:1
  78:3
name 4:12,14 13:4
  13:9 79:7,9

names 69:11
nationwide 16:17
  61:14
nature 64:3
necessarily 13:10
  20:8 49:12 62:9
necessary 22:19
  48:20
need 5:5,16,20
  12:7,10 22:21
  67:3 73:19
needed 16:7
needs 15:11
neighborhood
  53:10
neither 75:8 76:5
new 10:17 20:22
  26:9 41:15 61:20
  61:20 62:6
newer 22:2,7
nine 24:6 66:2
nitty 11:1
non 6:2
noon 46:15
normal 49:15 55:1
  55:5,6,21 56:18
  57:20 60:2 62:10
normally 68:9
northwest 79:2
notary 1:20 75:1
  75:17 78:20
notice 1:18
noticed 4:16 11:4
  18:7 24:22
november 76:12
  78:13
number 6:15
  18:11 38:5,8,10
  38:11 39:16 42:14
  42:16,22 66:12,15
numbered 39:10
  54:18
numbers 25:2

nutrition 12:2
  13:20 16:10
nw 1:18

**o**

o 3:1 4:1
objection 11:6
  27:18 29:15 30:18
  31:5 33:13 38:19
obviously 25:18
  28:20 53:7 61:14
occur 38:7
october 1:14
  20:20,21 79:10
offenders 61:18
offer 20:13
office 6:10 11:20
  39:20
officer 75:2
officials 47:6
oh 14:16 73:6,14
okay 5:21 7:3 8:2
  9:8,12 13:9 14:8
  14:16,20 15:5,18
  16:14,19 17:14
  18:15 19:9,18
  20:5,11 27:10
  28:7 30:4,7,11
  31:7,10 32:8
  33:11 34:9,20
  35:22 36:5 37:4,7
  37:13,17,22 38:13
  39:18 40:17 41:4
  41:10,17 43:2
  44:5,10 45:2,5,14
  45:22 46:9 48:11
  49:20 51:19 53:14
  54:3,15 56:1
  57:12,17 58:19
  59:3,4 60:2,12,17
  60:22 61:7,10,13
  61:17 62:1,21
  63:8,12 64:9,13
  64:17 65:7,10,14
  65:20 66:10 67:1

67:6,21 68:2,16
  69:4,8,22 70:14
  70:22 71:3,15
  72:1,17 73:8,15
  73:18
once 61:21
ones 14:16 45:3
  62:6 65:5
one's 43:13
ongoing 37:2
online 21:1
opening 14:6,7
operate 33:18
operated 68:21
operates 16:21
  33:19 48:1
operating 32:11
  54:9,10 56:9
operation 24:3
operations 16:9
  47:7 51:11 52:8
opinion 66:20
opinions 36:8
opportunity 19:6
order 19:16 24:19
  24:20,22 27:7
  35:13 52:14 56:16
  67:3 73:17
organize 40:18
origin 17:17
original 26:7 29:7
  32:11 34:2 78:10
  78:14
originally 21:11
  26:14 28:22 64:10
orleans 10:17
outcome 75:13
  76:7
output 68:19
outside 28:5 31:12
  47:13 56:21 66:4
  66:14
oversee 17:5,7

Case 1:18-cv-00394-RDM   Document 22   Filed 08/06/18   Page 89 of 94
Douglas Wilson                                        October 28, 2016
[oversees - program]                                              Page 9

oversees 18:21
owned 9:9,10,11
o'hale 10:12,14,14
  11:10 12:6 72:13
  72:17,18 73:6,10

**p**

p 2:1,1 4:1
p.m. 74:4
page 3:3 78:11,14
  79:12
pages 77:4
paige 10:12,14
  72:7,12,14,18
  73:9
park 6:8
part 8:10 23:19,22
  32:21 39:4 44:21
  50:2 53:7 54:3
  61:10
participant 36:13
  44:17 70:19
participants 20:14
participant's 19:1
participate 10:18
  72:20
participation
  22:17
particular 4:17
  24:14 37:11 38:10
  38:16,17 39:11,16
  41:2 49:11 51:17
  66:11 68:6
particularly 50:8
parties 1:22 75:9
  75:11 76:6
parts 5:19
passed 20:1
passes 20:2,7
patience 73:3
pattern 30:14,22
  31:1 38:17 39:9
  44:3 46:5,10,13
  47:21 48:22 55:22
  60:3,10,15 62:17

70:20
patterns 23:11,12
  25:16,20 26:7,8,9
  26:13,19 27:6,13
  28:7,11,12,17,22
  29:8,13 31:16
  32:2,5,12,14 33:7
  33:12 34:2 37:15
  37:19 38:3,4
  43:17,19,22 45:10
  45:12 46:6 50:13
  58:1,2,2 59:1,8
  60:6 62:11,13
  63:21 64:1,20
  65:1,3,5 68:13,14
  72:2
patters 25:22
peers 56:3,4
people 9:5 13:3
  31:2 71:4,4
percent 29:22
  30:2,13 31:3
percentage 67:15
perfect 10:10
performance 69:1
period 26:19 64:2
permanently 37:8
person 24:16
  51:10,14,14 52:8
  56:9 63:4
personal 28:16
  35:12 36:3 47:12
  49:17 50:18,19
  66:15 67:17
personally 35:16
  35:17 37:17 68:11
personnel 13:10
pertaining 29:7
phrase 19:3
phrased 35:13
  50:18
physical 44:14
picking 71:19

pictures 53:2
  59:13
pierce 12:1,1 35:6
  46:19,21 73:12
pile 26:7
plaintiff 1:17 2:3
  3:4 4:10
plaintiffs 1:9 4:15
please 4:4,12 5:20
  35:18 38:1 42:9
  68:20 78:9,13,16
pllc 2:5
point 9:8,16 12:17
  13:18 17:17 25:4
  34:21 38:13 51:20
  69:16
points 23:12
police 67:18
position 14:8 15:9
  15:18
possible 24:10
  25:22 26:2
possibly 32:4 58:5
pot 30:16
power 46:22
predicate 32:8
prep 73:5
prepared 76:3
prescription 6:2,3
present 1:21 7:11
presently 28:8
  30:14
preserving 71:21
pressing 74:2
presumably 20:11
  70:8
presumption 48:2
  49:8
prevention 67:14
previous 26:16
  32:17,19
previously 10:19
  13:6

price 48:2
pricing 49:10,12
primary 4:18
  64:13
prior 15:15 21:3
  26:16 29:3 33:9
  34:12 62:14
prioritize 42:17
probably 8:14
  19:3 21:6 61:15
  69:17,20 70:5,10
  70:13 73:16
problem 31:11
problems 73:3
procedures 54:9
  54:10
proceeding 75:3
proceedings 75:4
  75:6
process 22:16 23:3
processed 36:16
processes 71:16
  71:16
processing 18:19
  23:1
processor 18:19
  19:10,14 20:2,6,6
  36:16,17
processors 17:21
  18:1,3,16 19:10
  20:9
produce 10:21
  42:1
produced 11:2
  23:10
products 48:2
  49:11,13
professional 50:3
program 13:22
  14:10,10,20 15:13
  18:8 20:13 21:16
  26:18,20 31:22
  32:4 56:10 65:16
  70:16,17 71:3

Case 1:18-cv-00394-RDM   Document 22   Filed 08/06/18   Page 90 of 94
Douglas Wilson                                              October 28, 2016
[programmers - right]                                              Page 10

programmers 15:11
project 14:12 15:18 69:9,12
properly 55:21
prophecy 30:12
protect 24:19
provide 22:11,19 36:8
provided 61:3
public 1:20 75:1 75:17
pulling 71:12
pulls 16:22
purchases 36:14
purely 36:8
purpose 9:13 10:11
purposes 22:11 24:3 33:2 39:11 45:7 47:5 49:20 52:13 54:21 57:14 58:10 66:13 71:21
pursuant 1:18
purview 31:12 66:14
pushing 5:19 46:15
put 23:8 33:7,9 62:3
puts 32:9
putting 71:12

**q**

question 5:8,11,14 12:13 19:2 29:1 30:21 34:6,12 38:20 42:21 60:17
questioning 60:6
questions 4:19 5:12 9:5,7 11:1,14 21:7 25:4,6 35:11 47:10 50:17 56:8 70:17 72:4,6 73:1 78:16

quick 46:4
quite 57:4
quote 73:16

**r**

r 2:1 4:1 79:6,6
rains 46:22
raise 4:4
rank 42:1
ranked 42:6
ranking 42:3,16 42:17 43:5 44:8 44:21 47:5
rankings 43:1
rate 29:22 30:2,13 31:4
rates 34:4
raw 21:4
read 34:7 73:13 73:14 74:3 77:4
reads 5:9 35:14
ready 47:1
real 46:4
really 52:12 62:8 67:12
reason 11:3,3 14:3 49:18 55:14 79:12
recall 11:16
receive 17:22 22:9 41:5 51:16
received 42:15
receives 17:20 18:2 19:14
recognize 26:8 31:10
recollection 7:17
record 4:12 6:20 9:2 10:7,8,11 11:8 11:11,12 23:16 24:1 27:22 33:2 34:9,9 35:8,9,19 38:1 46:17,18 48:12 51:22 52:1 52:2 57:2 63:14 63:15 65:21 72:9

72:10,16,22 75:6
recorded 36:16 75:4
reduced 75:5
refer 51:20
referred 52:11
refined 22:4,15
refining 22:16
regarding 68:18 78:12
register 46:8
regression 42:8
related 75:8 76:5
relating 4:20
relative 75:10
relaying 33:8
relevant 28:21
rely 50:21
repeat 61:18
repeats 38:10
repetitive 46:1,6 62:22
rephrase 17:17 30:22 38:21
report 38:15,18 61:10,14
reported 38:13 59:8
reporter 4:2,9 5:4 10:5,9 73:18,22 78:20
reporting 37:19 37:20 71:16
reports 21:21 22:2 22:4,7,11,12,14 22:18,18,21 23:18 23:18 27:8 29:17 32:9 40:22 41:11 64:22
repository 18:20
represent 4:15 11:20
representing 10:15

request 22:9 39:20
requirements 15:8 16:6
reserve 24:15
resides 36:20
respect 4:15 11:4
respective 1:22
response 11:6
responses 5:5
responsibilities 9:15
responsibility 14:21
responsible 8:18 15:7 17:11 39:18 40:6 59:10 61:1 78:11
rest 5:6 63:3 65:14
result 9:21 29:2 31:15 34:17
results 34:3,16 40:7 41:20
retail 47:7 51:15 56:8
retailer 16:9 23:12 39:13,15 40:3 42:15 50:14 51:11 52:8
retailers 41:20 44:19,22
retain 20:18
retired 37:11
review 19:6
reviews 23:8
rewind 43:19
right 4:2,4,9 5:1 6:1,6,14,19 7:9 12:4 13:13 15:22 18:16 19:5 20:16 23:22 24:15 25:10 25:11,14,15 26:13 27:4 29:6 31:20 32:2,13 33:21 34:1,12,20,20

36:11,20 38:8
39:6 43:22 45:5
46:14 47:4 48:9
48:17 49:18 50:17
51:21 52:4,6,6,9
52:18 53:16 54:15
56:2,14 58:6,11
59:6,22 60:19
63:12,19 64:4
68:6 69:8 70:8,15
72:4 73:10,22
**ring** 47:17
**rise** 27:7
**roundabout** 34:13
**rules** 5:1,2
**run** 17:4,5 19:4
38:15 41:13,14,17
41:19
**running** 13:3,6
16:5
**runs** 14:22 65:4

**s**

**s** 2:1,6 3:1 4:1
76:12 79:6
**safe** 42:3
**sake** 49:1 57:16
**sale** 55:10
**sanction** 29:22
**sanctions** 43:3
**sardina** 76:2,12
**satisfied** 39:15
**satisfy** 65:7
**saying** 33:8 55:18
**scans** 58:22
**scope** 20:16 28:5
53:8
**score** 42:17
**seafood** 57:9
**search** 40:20
**seasonal** 72:2
**second** 5:5 10:4
12:11 43:19 52:11
56:1

**see** 33:5 40:14
60:5 61:1 72:7
**seen** 68:4
**sees** 39:9
**select** 10:21
**selected** 31:15
50:2
**self** 30:12
**selling** 55:11 64:7
**sends** 39:20
**sense** 5:2 44:1,2
45:7
**sent** 19:15 38:14
70:9
**separately** 16:2
**september** 12:16
13:17
**series** 33:3
**serves** 55:8
**service** 12:2
**services** 8:8 13:20
16:10
**servicing** 9:12
**set** 30:14 61:20
65:8,18 70:17
**seven** 73:20
**shack** 57:12,14
59:15 61:5
**share** 18:12
**sharing** 18:9
**sheet** 77:8 78:14
**shelly** 12:1
**shop** 55:8
**shopped** 40:15
**shopping** 72:2
**short** 46:2 64:2
**show** 61:19,21
**showing** 55:20
**side** 25:18,20
**sign** 74:3
**signature** 75:15
77:12 78:11,12,14
79:22

**signed** 18:10 77:8
78:14
**similar** 13:3 43:22
**simply** 60:9
**sin** 15:19
**single** 17:14 24:9
24:9 46:6,8
**sir** 4:22 5:15 6:5
7:6,8 8:1 13:15
14:1 15:17 16:18
50:7 68:15
**sits** 37:8
**situations** 49:17
**six** 37:4
**size** 65:21 71:1
**skills** 75:7
**skipped** 21:7
**small** 8:4 57:6,15
68:2,10
**smaller** 67:16
68:10
**smith** 35:4 36:12
36:12 39:10 40:15
**smith's** 39:3,9
**snap** 4:16 20:13
33:3 36:13 41:5
44:16,19 47:6
50:4 52:16 64:3
65:17,18
**socioeconomic**
44:16
**solutions** 1:19
79:1
**somebody** 50:6
**sorry** 40:17
**sort** 13:4 19:18
21:7 30:11 44:11
44:11 60:7 64:17
**speaking** 5:3 7:21
43:15 45:6
**special** 7:7
**specialties** 57:9
**specific** 24:4 58:11
70:19 73:19

**specifically** 8:17
8:18 10:21 14:18
23:6 24:13 27:15
30:8 49:22
**specifics** 25:2,6,8
27:5 45:16 54:13
**speculate** 35:18
36:2
**spoke** 5:16 24:18
27:4 59:12
**spoken** 24:12
**sra** 12:19 13:14,14
13:16 15:5,6,12
15:14 17:9 70:5,6
**sra's** 15:15
**st** 2:14 78:3
**staff** 8:11
**standard** 54:9,10
73:20,21 74:1
**standpoint** 28:20
**start** 7:9,10
**started** 13:13
21:12 22:17 54:17
**state** 4:12 11:18
17:21 18:1,2,16
19:1,11 20:2,4,8
38:1 65:4
**stated** 25:19 42:22
**states** 1:1,11 10:15
10:16,20 11:5
18:4,10,11,21
19:5,6,13 20:13
72:22
**station** 36:12
**statistical** 28:20
30:5 32:14,15
43:2
**statistician** 68:18
69:5
**statisticians** 69:6
69:9,13
**statistics** 26:5
29:17

stats  63:6
status  44:16
stay  25:1 34:9
stegeby  2:12 11:8
  11:17,19,19 23:15
  24:1,11,18 25:12
  25:19 27:18 29:15
  30:18 31:5,18
  33:13 34:5 35:5,7
  36:1,6 38:19,22
  45:15 48:4,6,11
  48:15,18,20 49:3
  49:6 51:1,22 52:3
  56:7 60:6 68:13
  72:5,6,12,15 73:9
  73:11,14 78:1,8
stegeby's  25:10
step  59:14
stock  59:13
stop  12:13 13:16
  19:4
store  19:14 40:14
  42:15 43:18 44:14
  47:17 51:15,17
  53:2,3,9,10,11
  54:2 55:2,3,20
  56:5,6,19,19 57:1
  57:3,15,18 58:3
  59:1,11,16 60:12
  60:13 65:21 68:7
  68:8
stored  40:5
stores  19:21 33:5
  34:17 41:11 44:13
  45:9,11 48:2
  49:10 53:12 55:2
  56:5 57:6,7,7,8,9
  57:20 58:8,15
  59:18,22 61:1,7
  61:13,19 64:6,7
  65:7 66:1,3,12,16
  67:4,16,18,22
  68:3,4,9

store's  61:4
street  1:18 79:2
studies  33:11
stuff  53:6 64:6
subject  24:18
subsequent  24:16
subsequently  5:9
  23:9 31:3 36:17
success  30:2 31:3
successful  29:22
  30:13
sufficient  66:21
suite  2:14 78:3
  79:3
supermarkets
  67:11,13,22
superstore  67:7
superstores  57:8
  67:8,10,13
supervisor  12:3
support  8:10,19
  8:20 21:10 23:5
suppose  21:6
supposed  25:9
supposing  39:12
sure  11:19 16:5,6
  19:2 25:9 48:11
  49:3 57:10 63:20
  70:15 72:5,8,8
surrounding
  44:16 58:4,8,15
  59:11 61:4
suspected  55:3
suspicion  55:15
suspicious  54:20
  54:21 55:17
swear  4:3
sworn  4:7
symptoms  26:11
system  8:13,15 9:5
  9:6,9,12,20 13:6
  14:15,18,22 15:1
  15:11 16:1,3,4,5,8
  16:14,21 21:1,8,9

21:10 22:17,22
  23:1,4,5,8,10,17
  24:3,13 25:14,16
  26:17,22,22 27:13
  27:14,16 29:4,12
  31:11,15 32:9
  33:18,19 34:14,22
  37:13,19 39:2,3,5
  39:6,8,11,18,18
  39:22 40:9,14,18
  40:20 41:19 42:3
  42:4 43:5 44:12
  51:16 52:21 54:12
  54:18 55:13,17
  56:9,10,12,13
  57:19,19,22 58:6
  58:10 60:1,1,9,18
  61:11 62:8,15
  63:5 64:8,10,15
  64:20 67:2,6,8,10
  67:14 68:17 69:1
  71:11
systems  7:13,20
  7:22,22 8:4 13:2
  17:9 44:8 70:7
system's  68:19

t

t  1:9 3:1,1 79:6,6
table  11:15
tackle  42:18
tailor  22:20
take  5:4 10:5,6
  26:4 35:5,7 46:4
  46:14 63:12 70:18
  72:1,8
taken  4:21 43:16
  43:17 48:8 75:3,9
takes  58:3 61:22
  64:20,21 65:3
talk  68:12
talked  24:1 47:11
  60:6 62:21 63:19
  65:11 70:14,16

talking  12:11
  35:15 54:16 57:13
  63:22
tampa  1:3 2:7,14
  2:15 78:3,4
tapp  2:4 4:11,14
  10:6,11,20 11:13
  11:22 12:4,9
  23:22 25:13 27:21
  29:19 30:20 31:7
  31:9,19 33:17
  34:7,11 35:10
  36:10 38:21 39:1
  47:1,3 48:5,13,17
  48:19 49:1,4,7
  51:4 52:5 56:11
  63:16 72:8,11,14
  73:5,8,13,15,21
  74:1 78:15,21
task  23:19
technology  73:3
telephone  6:15
tell  5:8 17:2 22:15
  29:6 49:22 50:10
  57:3 68:5
ten  28:13 62:18
  73:20
term  23:6 52:6
test  34:1
testified  4:8
testify  6:4 23:20
  36:6
testimony  77:4,6
thank  5:22,22
  38:22 72:17 73:9
  78:17
thanks  4:9 73:2,6
that's  7:17 10:10
  11:3 13:12 22:16
  25:12 28:5 30:1
  31:7,14 35:2
  46:19,20 47:22
  48:20 49:9 54:14
  54:15 58:19,19

64:14 66:5,5,20
66:21 73:4
**theoretically** 41:4
58:14 64:9
**therefrom** 24:20
**thereunder** 16:12
**there's** 14:6,7
31:17 37:18 38:3
42:22 44:6 47:8
49:9 53:6 55:6,15
57:4 58:5 61:15
62:17 67:1
**they'll** 19:22
**they're** 45:9 49:12
**thing** 4:3 43:14
65:20 73:13
**things** 24:7 33:6
55:6 63:5 64:2
72:11
**think** 9:2 12:12
23:5 31:20 34:8
35:2 37:18 51:3
56:22 66:2,17
73:16,19
**third** 5:7
**three** 4:17 55:14
**threshold** 27:7
38:11 39:14,15
40:2 42:5 44:7
54:19 55:14 60:10
60:15 65:1,6
**thresholds** 24:12
24:14 27:6,10,16
28:8,11,13,17
59:4 62:18 64:21
65:3
**time** 5:3,4 9:8,16
9:18 24:8 26:19
27:11 31:22 46:2
46:21,22 61:20
64:2
**timeframe** 28:16
73:19

**title** 8:17
**titles** 51:2
**today** 6:4 73:3
**tool** 21:9
**top** 57:10 69:14
**total** 42:6
**traffic** 65:18
**trafficking** 33:6
64:4
**training** 7:7
**transaction** 17:20
18:12,18,19 19:13
20:1,1,12,18
36:15 37:8 39:4
39:12 41:1,7,8
46:6 55:10 58:11
58:16 59:21 64:2
**transactions**
17:21 18:2,22
19:7,15,15,16
38:7 39:13 40:21
44:6 45:8,21 46:2
46:13 47:8,14
49:14 55:19 56:13
60:9 61:4 62:10
62:22 63:1
**transaction's**
36:18
**transcriber** 76:1
**transcript** 5:10
35:14 76:3
**transcription** 24:9
77:6
**transfers** 36:17
**translate** 15:10
**treading** 25:10
**treated** 25:9
**treats** 71:6
**trial** 73:5
**trickle** 19:18
**trigger** 27:8
**troubles** 9:6
**true** 32:6 75:6
77:5

**trusts** 67:18
**trying** 10:18 19:4
23:7 24:7 55:21
58:21 64:18
**turns** 23:9
**twice** 58:19
**two** 4:16 17:13
38:8 43:7 46:5
58:7 66:19 71:4
**type** 7:21 42:15
43:18 44:3 53:12
56:5,6,19 65:10
68:6,7
**types** 55:2 57:1,3
59:1 65:17
**typewriting** 75:5
**typical** 58:11
59:21
**typically** 23:7
41:10,14,15 50:21
61:7 67:13

**u**

**uam** 1:9
**uddin** 1:8
**uh** 5:6,6,6 6:17
19:12 29:20 32:15
32:22 40:1,4
41:22 46:12 47:19
51:9 58:12 59:5
59:17 63:2,18
**understand** 5:7,9
5:14 9:3 19:2,22
26:6 27:6 32:3,20
35:14,20 38:20
42:20 48:5 58:21
**understanding**
49:13 51:7 55:16
**understood** 5:12
**unforeseen** 72:11
**unidentified** 10:10
**united** 1:1,11
10:15,15,20 11:5
72:22

**university** 7:2
**unusual** 23:12
25:16,20 47:22
56:14 58:5 64:11
**urgency** 45:7
**urgent** 44:7
**usa** 78:7 79:8
**usda** 8:8 12:1
13:20,21 14:9
15:7,10 16:10
18:8 49:21 67:18
68:21
**use** 40:6 45:17
48:21 51:2 52:7
54:5 68:17
**user** 15:10 21:22
22:9,20 23:2,6,9
23:13 31:13 39:6
40:6,7,12 42:17
50:15 51:2
**users** 9:5 15:1
16:8,9,14 32:10
42:2 51:10 71:20
**user's** 16:6
**uses** 24:13 50:15
**usual** 56:16
**usually** 51:11
67:15

**v**

**v** 1:10 10:15 78:7
79:7
**vague** 45:15
**value** 47:22 49:15
**values** 38:4 48:7,8
48:12,14,21
**variety** 4:15
**various** 16:11
32:10
**veracity** 31:22
32:1 34:2,14
**verbal** 5:6
**verified** 34:15
**verify** 67:3

**[veritext - '96]**                                           Page 14

| | | |
|---|---|---|
| **veritext** 1:19 79:1 | 57:14 72:8 73:16 | **wrong** 9:3 25:22 |
| **version** 20:22 | **we're** 5:18 6:19 | 26:3 47:9 49:9 |
| 21:12 37:10 | 24:11,22 25:9 | **wrongdoing** 54:19 |
| **versions** 71:9,9 | 31:12,21 32:20 | **x** |
| **view** 34:21 | 35:1,15 36:11 | **x** 1:4,12 |
| **violation** 50:5 | 39:2 44:1 46:15 | **xp** 71:12 |
| 52:16 | 52:7 72:15 | **y** |
| **violations** 42:5 | **we've** 22:12 24:5 | **yeah** 7:18 10:6,6 |
| 65:17 | 34:20 36:11 39:3 | 19:20 25:12 35:6 |
| **virginia** 6:9 | 46:15 55:8 58:7 | 35:21 42:12 47:2 |
| **volume** 42:6 45:20 | 58:13 | 48:19 49:3,6 |
| 62:22 | **whatnot** 55:11 | 50:11 55:7 59:7 |
| **volumes** 45:10,11 | **what'd** 7:14 | 64:5 73:14 |
| **vpc** 10:18 | **what's** 7:11 14:2 | **year** 15:20 |
| **vtc** 72:19 | 20:16 60:2 | **years** 8:15 18:8 |
| **w** | **where'd** 7:1 | 28:13 29:17 43:7 |
| **w** 27:20 29:17 | **whichever** 50:1 | 62:19 |
| 31:8 33:15 36:5 | **wilson** 1:16 4:6,13 | **years'** 37:4 |
| 46:20 47:2 48:10 | 4:14 6:6 23:16 | **you'd** 11:17 21:16 |
| **waive** 73:13 | 74:5 77:3 78:10 | 25:7 |
| **want** 5:11 10:5 | 79:9 | **you'll** 73:15 |
| 27:5 29:16 31:6 | **window** 40:13 | **you're** 18:15 |
| 35:5 43:7,13 51:3 | **windows** 71:12,13 | 26:10 27:14 29:14 |
| 52:3 72:15,21 | **witness** 4:7 10:21 | 30:5,8 33:8,8 34:3 |
| **wanted** 14:5 63:20 | 11:2 23:20 36:7,7 | 36:2,7,7 43:12 |
| 70:15 | 74:3 78:12 79:9 | 53:18 61:21 62:3 |
| **washington** 1:13 | **witnesses** 11:16,17 | 66:11 |
| 1:18 79:4 | **word** 55:21 | **you've** 26:18,20 |
| **watch** 72:19 | **worded** 34:13 | 55:15 62:19 68:4 |
| **way** 7:11 12:10 | **work** 6:7 7:11 8:7 | **z** |
| 21:17 31:17 33:1 | 10:2 12:10,17 | **z** 2:4 78:21 |
| 33:19 34:1,13 | 13:14,18 15:1 | **,** |
| 35:3 39:2 48:3 | 16:11 29:3 70:9 | **'96** 8:5 |
| 49:11 60:13,14 | **worked** 10:3 | |
| 69:15 | 15:10 | |
| **web** 71:14 | **working** 8:18 | |
| **week** 41:15 | 12:14 13:13 15:7 | |
| **weight** 43:20 | 32:20 39:2 | |
| **wendy** 76:2,12 | **workload** 42:18 | |
| **went** 8:4 64:17 | **worth** 36:15 37:4 | |
| **we'll** 4:19 11:14 | **wouldn't** 33:12 | |
| 34:8 35:3 36:13 | 37:22 | |
| 36:14 38:5 39:9 | **writing** 24:17 | |
| 46:4 49:1 57:13 | | |