EXHIBIT "B"

USDA
United States Department of Agriculture

# FISCAL YEAR 2017 AT A GLANCE

## Number of Authorized Firms



- As of September 30, 2017, 263,105 firms were authorized to participate in SNAP.
- Since 2013, the number of authorized firms has increased by four percent.
- In fiscal year 2017, supermarkets and superstores redeemed 82 percent of all SNAP benefits.

## Retailer Administration Activities

FNS performed the following retailer administration activities in fiscal year 2017:
- Approved SNAP participation for 23,421 firms.
- Confirmed the continued eligibility of 44,764 firms through reauthorization.
- Reinstated 1,618 firms.
- Withdrew 19,750 firms due to voluntary request, non-redemption, or failure to meet eligibility requirements.

## Retailer Compliance Activities

FNS performed the following retailer compliance activities in fiscal year 2017:

- Reviewed the transactions of over 25,000 stores identified as potentially violating.
- Conducted over 8,300 investigations of authorized retail grocers to determine compliance with program regulations.
- Initiated 3,657 compliance actions on authorized firms found in violation of program regulations.  This included:
    - 2,523 sanction actions,
    - 274 transfer of ownership civil monetary penalties, and
    - issuance of 860 warning letters.
- Completed 1,143 reviews of FNS administrative actions appealed by aggrieved firms.  FNS sustained 89 percent of all appeals, reversed or modified two percent, and found that nine percent were moot.

# Redemptions by Firm Type

Combined, supermarkets and super stores redeem just over 82 percent of all SNAP benefits while making up 14.25 percent of the total number of authorized firms.

| Firm Types | Total Firms Authorized | Percent of Total | Redemption Amount | Percent of Total |
|---|---|---|---|---|
| Bakery Specialty | 3,358 | 1.28% | $151,292,684 | 0.24% |
| Combination Grocery/Other | 58,323 | 22.17% | $3,397,381,264 | 5.36% |
| Convenience Store | 119,248 | 45.32% | $3,512,752,641 | 5.55% |
| Delivery Route | 946 | 0.36% | $72,518,491 | 0.11% |
| Direct Marketing Farmer | 3,735 | 1.42% | $6,747,340 | 0.01% |
| Farmers Market | 3,642 | 1.38% | $15,692,971 | 0.02% |
| Fruits/Veg Specialty | 935 | 0.36% | $43,404,939 | 0.07% |
| Large Grocery Store | 3,787 | 1.44% | $1,327,284,031 | 2.10% |
| Meat/Poultry Specialty | 2,607 | 1.00% | $314,962,276 | 0.50% |
| Medium Grocery Store | 9,420 | 3.58% | $1,333,647,650 | 2.11% |
| Military Commissary | 188 | 0.07% | $55,453,391 | 0.09% |
| Non-profit Food Buying Co-op | 269 | 0.10% | $17,309,206 | 0.03% |
| Seafood Specialty | 1,557 | 0.59% | $193,696,937 | 0.31% |
| Small Grocery Store | 13,273 | 5.04% | $835,101,473 | 1.32% |
| Super Store | 19,894 | 7.56% | $33,138,289,088 | 52.33% |
| Supermarket | 17,604 | 6.69% | $18,706,754,087 | 29.54% |
| Wholesaler | 3 | 0.00% | $1,814,743 | 0.00% |
| Total | 258,789 | 98.36% | $63,124,103,212 | 99.68% |
| Communal Dining Facility | 230 | 0.09% | $2,613,026 | 0.00% |
| Drug and/or Alcohol Treatment Program | 949 | 0.36% | $47,009,665 | 0.07% |
| Group Living Arrangement | 571 | 0.22% | $75,209,164 | 0.12% |
| Homeless Meal Provider | 178 | 0.07% | $5,101,428 | 0.01% |
| Meal Delivery Service | 197 | 0.07% | $554,408 | 0.00% |
| Private Restaurant/Meal Delivery | 1,998 | 0.76% | $63,530,641 | 0.10% |
| Senior Citizens Center/Residential Building | 171 | 0.06% | $9,514,616 | 0.02% |
| Shelter for Battered Women and Children | 22 | 0.01% | $1,072,568 | 0.00% |
| Total | 4,316 | 1.64% | $204,605,516 | 0.32% |
| **Total** | **263, 105** | **100.00%** | **$63,328,708,727** | **100.00%** |

## Redemptions by Region and State

California, Texas, New York and Florida continue to have the highest number of firms and redemptions.

| Region | State | Authorized Firms | Redemption Amount | Percent of Total Firms | Percent of Total Redemptions |
|--------|-------|-----------------:|------------------:|-----------------------:|-----------------------------:|
| **Northeast** | Connecticut | 2,619 | $648,101,558 | 1.00% | 1.02% |
| | Maine | 1,571 | $230,432,248 | 0.60% | 0.36% |
| | Massachusetts | 5,618 | $1,161,084,240 | 2.14% | 1.83% |
| | New Hampshire | 1,094 | $145,842,711 | 0.42% | 0.23% |
| | New York | 18,633 | $4,672,370,840 | 7.08% | 7.38% |
| | Rhode Island | 994 | $241,222,260 | 0.38% | 0.38% |
| | Vermont | 720 | $75,521,653 | 0.27% | 0.12% |
| | **Region Totals** | **31,249** | **$7,174,575,509** | **11.88%** | **11.33%** |
| **Mid–Atlantic** | Delaware | 815 | $215,796,211 | 0.31% | 0.34% |
| | District of Columbia | 479 | $112,202,395 | 0.18% | 0.18% |
| | Maryland | 3,986 | $1,063,881,637 | 1.51% | 1.68% |
| | New Jersey | 6,150 | $1,167,069,676 | 2.34% | 1.84% |
| | Pennsylvania | 10,405 | $2,654,007,892 | 3.95% | 4.19% |
| | Virgin Islands | 91 | $55,412,617 | 0.03% | 0.09% |
| | Virginia | 6,531 | $1,151,239,592 | 2.48% | 1.82% |
| | West Virginia | 2,193 | $453,149,289 | 0.83% | 0.72% |
| | **Region Totals** | **30,650** | **$6,872,759,309** | **11.65%** | **10.85%** |
| **Southeast** | Alabama | 5,548 | $1,157,819,822 | 2.11% | 1.83% |
| | Florida | 16,176 | $4,785,319,766 | 6.15% | 7.56% |
| | Georgia | 10,349 | $2,542,748,892 | 3.93% | 4.02% |
| | Kentucky | 4,736 | $965,115,202 | 1.80% | 1.52% |
| | Mississippi | 3,623 | $776,280,254 | 1.38% | 1.23% |
| | North Carolina | 9,693 | $2,100,841,059 | 3.68% | 3.32% |
| | South Carolina | 5,460 | $1,082,444,067 | 2.08% | 1.71% |
| | Tennessee | 7,019 | $1,554,826,815 | 2.67% | 2.46% |
| | **Region Totals** | **62,604** | **$14,965,395,878** | **23.79%** | **23.63%** |
| **Southwest** | Arkansas | 2,845 | $525,385,105 | 1.08% | 0.83% |
| | Louisiana | 4,876 | $1,445,623,962 | 1.85% | 2.28% |
| | New Mexico | 1,600 | $650,485,706 | 0.61% | 1.03% |
| | Oklahoma | 3,626 | $857,049,553 | 1.38% | 1.35% |
| | Texas | 20,126 | $5,600,165,305 | 7.65% | 8.84% |
| | **Region Totals** | **33,073** | **$9,078,709,631** | **12.57%** | **14.34%** |

# Redemptions by Region and State  (continued)

| Region | State | Authorized Firms | Redemption Amount | Percent of Total Firms | Percent of Total Redemptions |
|---|---|---|---|---|---|
| **Midwest** | Illinois | 9,479 | $2,875,254,331 | 3.60% | 4.54% |
| | Indiana | 5,299 | $995,527,832 | 2.01% | 1.57% |
| | Michigan | 10,115 | $2,048,535,801 | 3.84% | 3.23% |
| | Minnesota | 3,505 | $554,493,603 | 1.33% | 0.88% |
| | Ohio | 9,755 | $2,214,371,946 | 3.71% | 3.50% |
| | Wisconsin | 4,247 | $875,218,911 | 1.61% | 1.38% |
| | **Region Totals** | **42,400** | **$9,563,402,425** | **16.12%** | **15.10%** |
| **Mountain Plains** | Colorado | 2,889 | $707,416,254 | 1.10% | 1.12% |
| | Iowa | 2,944 | $485,365,732 | 1.12% | 0.77% |
| | Kansas | 2,079 | $325,051,474 | 0.79% | 0.51% |
| | Missouri | 5,041 | $1,121,560,960 | 1.92% | 1.77% |
| | Montana | 804 | $169,784,283 | 0.31% | 0.27% |
| | Nebraska | 1,283 | $246,353,238 | 0.49% | 0.39% |
| | North Dakota | 549 | $85,279,705 | 0.21% | 0.13% |
| | South Dakota | 779 | $135,396,359 | 0.30% | 0.21% |
| | Utah | 1,487 | $282,818,194 | 0.57% | 0.45% |
| | Wyoming | 389 | $48,167,933 | 0.15% | 0.08% |
| | **Region Totals** | **18,244** | **$3,607,194,132** | **6.93%** | **5.70%** |
| **Western** | Alaska | 556 | $191,104,647 | 0.21% | 0.30% |
| | Arizona | 4,256 | $1,328,725,597 | 1.62% | 2.10% |
| | California | 27,215 | $6,780,859,648 | 10.34% | 10.71% |
| | Guam | 258 | $102,917,664 | 0.10% | 0.16% |
| | Hawaii | 1,059 | $474,065,536 | 0.40% | 0.75% |
| | Idaho | 1,098 | $240,127,177 | 0.42% | 0.38% |
| | Nevada | 1,863 | $639,757,245 | 0.71% | 1.01% |
| | Oregon | 3,528 | $955,919,001 | 1.34% | 1.51% |
| | Washington | 5,052 | $1,353,195,329 | 1.92% | 2.14% |
| | **Region Totals** | **44,885** | **$12,066,671,844** | **17.06%** | **19.05%** |
| **National Totals** | **Totals** | **263,105** | **$63,328,708,727** | **100.00%** | **100.00%** |

# Administrative Activity

| Administrative Actions | Total |
|---|---|
| **Authorizations**: | |
| Initial Authorization | 23,421 |
| Reinstatement | 1,618 |
| Total Authorizations | 25,039 |
| | |
| **Reauthorizations:** | 44,764 |
| | |
| **Applicants Denied (Time-Limited):** | |
| FNS Review Determined Applicant was Not a Retail Food Store | 351 |
| Failed to Cooperate with Information Request | 2 |
| Failed to Pay Assessed Monetary Penalty | 8 |
| Did Not Meet SNAP Eligibility Criteria | 961 |
| Denied for Business Integrity Issue | 31 |
| Other | 12 |
| Total Term Denials | 1,365 |
| | |
| **Applicants Permanently Denied for Lack of Business Integrity** | 66 |
| | |
| **Participating Firms Withdrawn from SNAP**: | |
| Permanently Withdrawn for Lack of Business Integrity | 35 |
| Time Limited Withdrawal for Lack of Business Integrity | 4 |
| Failed to Cooperate with Information Request | 101 |
| No State Contract  - Applies to State Restaurant Program | 0 |
| Did Not Meet SNAP Eligibility Criteria | 278 |
| Failure to Pay | 5 |
| FNS Review Determined Location was No Longer a Retail Food Store | 44 |
| No SNAP Transaction Activity | 4,277 |
| Non-response to Reauthorization | 3,127 |
| Withdrawal for Other Reasons | 18 |
| Voluntarily Withdrew | 11,861 |
| Total Withdrawals | 19,750 |
| | |
| **Total Actions** | **90,984** |

## Farmers Markets and Direct Marketing Farmers

### Number of SNAP Authorized Farmers Markets and Direct Marketing Farmers



- Since 2013, the number of authorized farmers markets and direct marketing farmers has increased by 81 percent.
- Over 50 percent of all authorized markets and farmers are found in eleven states:  California (598), New York (439), Massachusetts (410), Alabama (369), Michigan (365), North Carolina (316), Georgia (282), Kentucky (264), Iowa (237), Ohio (224), and Oregon (195).

### Value of Farmers Markets and Direct Marketing Farmers SNAP Redemptions
### SNAP Redemptions



- Since 2013, farmers markets and direct marketing farmer redemptions have increased by 28 percent.
- In fiscal year 2017, program recipients made 1,235,747 purchases at farmers markets and direct marketing farmers nationwide.  The average purchase amount was $18.62.

*Fiscal Year 2017 Year End Summary shows the adjusted figures for FY 2013 for the annual redemption amount and number of authorized farmers markets. Prior FY 2013 data included additional firms that were later found not to be farmers' markets or direct marketing farmers.

# Key Facts About SNAP Farmers Market and Farmer Participation

- More SNAP benefits were redeemed at farmers markets and direct marketing farmers in fiscal year 2017 during August than any other month of the year.

- Of the 3,234 counties in the U.S., 1,840 (57 percent) have at least one SNAP authorized farmers market or farmer; this is an increase of two percent over fiscal year 2016.

- 386,678 SNAP households made at least one purchase at a farmers market or direct marketing farmer in fiscal year 2017.  Households shopping at markets or farmers spent $59.51 on average over the course of the year.

-  The top five busiest counties based on the number of SNAP households shopping at farmers markets or direct marketing farmers are shown below:

| County/State | Number of SNAP Households Shopping |
|---|---:|
| New York, NY | 21,099 |
| Los Angeles, CA | 12,020 |
| St. Louis City, MO | 9,916 |
| Wayne, MI | 9,807 |
| Middlesex, MA | 9,740 |

- 51 percent of the 386,678 households that shopped at a farmers market or direct marketing farmer made one purchase; another 18 percent made two purchases; and 31 percent made three or more purchases within the year.

- 99 percent of all SNAP transactions at a market or direct marketing farmer were electronic (either swipe or key entry).  The remaining one percent were paper voucher authorizations.

# Compliance Activity

FNS closely monitors retailers to ensure they comply with Program rules and regulations.  FNS may sanction or warn retailers found violating Program rules.  Sanctions include permanent or time-limited term disqualifications and civil money penalties.  Retailers who commit minor violations are issued official warning letters.  Retailers who are disqualified permanently and later sell their stores are also subject to a transfer of ownership civil money penalty.

| Sanctions | Total |
|---|---|
| Permanent Disqualifications | 1,661 |
| Time-Limited Term Disqualification | 728 |
| Trafficking Civil Money Penalty (CMP) | 4 |
| Hardship CMP | 130 |
| Total Sanction Actions | 2,523 |
| **Other Compliance Actions** | **Total** |
| Transfer of Ownership CMP | 274 |
| Official Warning | 860 |
| Total Compliance Actions | 1,134 |
| **Total Sanction + Compliance Actions** | **3,657** |

# Completed FNS Undercover Retailer Investigations

| | Total | Percent of Total |
|---|---|---|
| **Total Completed** | **5,557** | **100%** |
| | | |
| **Positive Results** | **2,254** | **40.56%** |
| Trafficking | 313 | 13.89% |
| Non-Trafficking | 1,941 | 86.11% |
| | | |
| **Negative Results** | **3,163** | **56.92%** |
| | | |
| **None/No Result** | **140** | **2.52%** |

# Administrative Review

FNS performs the final administrative review of retailer appeals within USDA.  There was a decrease in the number of administrative review requests from 1,391 in fiscal year 2016 to 1,283 in fiscal year 2017.  Over 88 percent of cases were upheld in fiscal year 2017.

### 2017 Administrative Review Case Decisions

| Case Decision | Total | Percent |
|---|---:|---:|
| Sustained | 1,015 | 88.80% |
| Reversed | 20 | 1.75% |
| Moot* | 101 | 8.84% |
| Modified | 7 | 0.61% |
| **Total** | **1,143** | **100%** |

* Of the 101 cases closed as "moot", seven were withdrawn by appellants, 57 were withdrawn by FNS, 34 were closed as a result of appellants' failure to provide a sufficient basis for review, and three were withdrawn for unspecified reasons.





## Sanctions In Fiscal Year 2017 by State

| State | Time-Limited Term Disqualifica-tion | Permanent Dis-qualification | Hardship CMP in Lieu of Term Dis-qualification | Trafficking CMP in Lieu of Permanent Disqualification | Total |
|---|---|---|---|---|---|
| AK | 0 | 0 | 0 | 0 | 0 |
| AL | 11 | 22 | 4 | 0 | 37 |
| AR | 7 | 4 | 4 | 0 | 15 |
| AZ | 8 | 14 | 2 | 1 | 25 |
| CA | 86 | 107 | 11 | 0 | 204 |
| CO | 2 | 10 | 1 | 0 | 13 |
| CT | 34 | 52 | 4 | 0 | 90 |
| DC | 4 | 8 | 0 | 0 | 12 |
| DE | 1 | 1 | 0 | 0 | 2 |
| FL | 42 | 80 | 5 | 0 | 127 |
| GA | 25 | 74 | 7 | 1 | 107 |
| GU | 0 | 6 | 0 | 0 | 6 |
| HI | 0 | 6 | 0 | 0 | 6 |
| IA | 2 | 4 | 0 | 0 | 6 |
| ID | 0 | 1 | 0 | 0 | 1 |
| IL | 28 | 130 | 7 | 0 | 165 |
| IN | 4 | 16 | 4 | 0 | 24 |
| KS | 4 | 1 | 1 | 0 | 6 |
| KY | 17 | 20 | 9 | 0 | 46 |
| LA | 3 | 29 | 1 | 1 | 34 |
| MA | 8 | 37 | 1 | 0 | 46 |
| MD | 5 | 51 | 1 | 0 | 57 |
| ME | 0 | 2 | 0 | 0 | 2 |
| MI | 8 | 41 | 1 | 0 | 50 |
| MN | 9 | 5 | 2 | 0 | 16 |
| MO | 11 | 11 | 1 | 0 | 23 |
| MS | 10 | 14 | 2 | 0 | 26 |
| MT | 0 | 0 | 0 | 0 | 0 |
| NC | 19 | 30 | 8 | 0 | 57 |
| ND | 0 | 0 | 0 | 0 | 0 |
| NE | 1 | 1 | 0 | 0 | 2 |
| NH | 0 | 0 | 0 | 0 | 0 |
| NJ | 37 | 84 | 3 | 0 | 124 |
| NM | 1 | 4 | 1 | 0 | 6 |
| NV | 1 | 6 | 0 | 0 | 7 |
| NY | 173 | 406 | 13 | 0 | 592 |
| OH | 6 | 16 | 3 | 0 | 25 |

## Sanctions In Fiscal Year 2017 by State (continued)

| State | Time-Limited Term Disqualification | Permanent Disqualification | Hardship CMP in Lieu of Term Disqualification | Trafficking CMP in Lieu of Permanent Disqualification | Total |
|---|---|---|---|---|---|
| OK | 3 | 3 | 4 | 0 | 10 |
| OR | 4 | 3 | 0 | 0 | 7 |
| PA | 80 | 179 | 11 | 0 | 270 |
| RI | 5 | 17 | 0 | 0 | 22 |
| SC | 3 | 9 | 0 | 0 | 12 |
| SD | 0 | 0 | 0 | 0 | 0 |
| TN | 8 | 32 | 2 | 0 | 42 |
| TX | 41 | 89 | 11 | 1 | 142 |
| UT | 0 | 1 | 0 | 0 | 1 |
| VA | 4 | 9 | 4 | 0 | 17 |
| VI | 0 | 1 | 0 | 0 | 1 |
| VT | 1 | 0 | 0 | 0 | 1 |
| WA | 5 | 7 | 0 | 0 | 12 |
| WI | 6 | 13 | 2 | 0 | 21 |
| WV | 1 | 5 | 0 | 0 | 6 |
| WY | 0 | 0 | 0 | 0 | 0 |
| **Total** | **728** | **1,661** | **130** | **4** | **2,523** |

## Sanctions In Fiscal Year 2017 by Store Type

| Store Type | Time-Limited Term Disqualification | Permanent Disqualification | Hardship Civil Money Penalty in Lieu of Time Limited Term Disqualification | Trafficking Civil Money Penalty in Lieu of Permanent Disqualification | Total |
|---|---|---|---|---|---|
| Bakery Specialty | 0 | 2 | 0 | 0 | 2 |
| Combination Grocery/Other | 14 | 52 | 6 | 0 | 72 |
| Convenience Store | 468 | 969 | 64 | 3 | 1,504 |
| Delivery Route | 0 | 6 | 0 | 0 | 6 |
| Fruits/Vegetables Specialty | 0 | 8 | 0 | 0 | 8 |
| Large Grocery Store | 7 | 4 | 5 | 0 | 16 |
| Meat/Poultry Specialty | 0 | 4 | 1 | 0 | 5 |
| Medium Grocery Store | 45 | 71 | 14 | 1 | 131 |
| Seafood Specialty | 0 | 6 | 0 | 0 | 6 |
| Small Grocery Store | 193 | 539 | 36 | 0 | 768 |
| Super Store | 0 | 0 | 3 | 0 | 3 |
| Supermarket | 1 | 0 | 1 | 0 | 2 |
| Total | **728** | **1,661** | **130** | **4** | **2,523** |



To access the Year End Summary online,
please visit our website at
www.fns.usda.gov/snap-retailer-data.


More information about FNS efforts to combat fraud
and abuse is available at
www.fns.usda.gov/snap/fraud.htm.


For more information about SNAP in general, please visit
our website at
www.fns.usda.gov/snap.


As of 01/16/2018