**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BETESFA, INC.,** a District of Columbia Corp**. d/b/a ABG MART**, and **BETELHEM KEBEDE GESESSE,** an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | **CIVIL ACTION NO.  18-394 (RDM)**<br><br>**PLAINTIFFS' NOTICE OF FLING EXHIBITS D, E, F, G, H, I, J AND K TO RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT** |

In connection with Plaintiffs', Betesfa, Inc., a District of Columbia Corp. d/b/a ABG Mart, and Betelhem Kebede Gesesse, an individual, Response and Brief in Opposition to Defendant's Motion to Dismiss or, in the Alternative For Summary Judgment filed and served on August 6, 2018, attached hereto are the remaining Exhibits D, E, F, G, H, I, J and K that accompany same.  After numerous attempts to file same via CM/EFT on August 6, 2018, Exhibits D through K, attached hereto, were served upon Defendant's counsel via email on August 6, 2018.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 7, 2018 | *Andrew Z. Tapp*<br>Andrew Z. Tapp, Esquire<br>Florida Bar Number:  68002<br>Pro Hac Vice<br>Metropolitan Law Group, PLLC<br>1971 W. Lumsden Road, #326<br>Brandon, Florida 33511-8820<br>Telephone:  (813) 228-0658<br>Andrew@Metropolitan.legal<br>Lajeana@Metropolitan.legal |

        and

        Stewart D. Fried, Esq.
        D.C. Bar No.:  457801
        Olsson Frank Weeda Terman Matz PC
        600 New Hampshire Avenue, N.W.
        Suite 500
        Washington, DC 20037
        Telephone:  202-518-6326
        Fax: 202-234-3550
        Email: sfried@ofwlaw.com

        **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sherri L. Morgan, Esq.
Sherri.Morgan@usdoj.gov

        *Andrew Z. Tapp*
        Andrew Z. Tapp, Esquire
        Florida Bar Number:  68002
        Pro Hac Vice
        Metropolitan Law Group, PLLC
        1971 W. Lumsden Road, #326
        Brandon, Florida 33511-8820
        Telephone:  (813) 228-0658
        Andrew@Metropolitan.legal
        Lajeana@Metropolitan.legal