EXHIBIT "D"



Curtis Property Management Corp
5620 Linda Lane
Camp Springs, MD 20748

**Statement for:**
Betelhem Gesesse
11638 Leesborough Circle
Silver Spring, MD 20902

Statement Date: 3/17/2017
Tenant ID: BETGES
Account #: 601-ELBOMA
Statement for: 2216 MLK Jr Ave, SE
Washington, DC 20020

**Make checks payable to: Curtis Property Mgmt. Corp. as Agent for Managed Properties**

### OPEN ITEM STATEMENT

| Date | Unit | Charge Type | Charge | Credit | Total Due |
|---|---|---|---|---|---|
| **Prior Charges** | | | | | |
| 03/01/2017 | 2216-A | CAM Charge | 258.87 | -227.12 | 31.75 |
| 03/01/2017 | 2216-A | Property Tax Charge | 236.23 | -216.02 | 20.21 |
| 03/14/2017 | 2216-A | Water 1/16/17-2/19/17 | 40.38 | | 40.38 |
| | | **Total Prior Charges Due Now** | | | 92.34 |
| **New Charges** | | | | | |
| 04/01/2017 | 2216-A | CAM Charge | 258.87 | | 258.87 |
| 04/01/2017 | 2216-A | Commercial Rent | 2,656.60 | | 2,656.60 |
| 04/01/2017 | 2216-A | Property Tax Charge | 236.23 | | 236.23 |
| | | **Total Due New Charges** | | | 3,151.70 |
| | | **Total Balance Due 4/1/2017** | | | 3,244.04 |

Rent is due on the 1st of the month. A late fee will be assessed after the grace period. Please write your account ID on your check. For questions and concerns please call (301)702-3200.

Payments for less than the full amount due will be applied to oldest charges first.
If new charges are not fully paid by the late date per your lease a late fee will be charged.

---

**From:**
Elbo Market
2216 ML King Ave, SE
Washington, DC 20020

Tenant ID: BETGES
Lease: 601-ELBOMA(1)

| | Recurring Charges | | |
|---|---|---|---|
| Prop | Unit | Charge | Amount |
| 601 | 2216-A | CAM | 258.87 |
| 601 | 2216-A | CRENT | 2,656.60 |
| 601 | 2216-A | PTAX | 236.23 |

**Make checks payable to:**
Curtis Property Mgmt. Corp. as Agent for Managed Properties

**Mail to:**
Curtis Property Mgmt. Corp. as
Agent for Managed Properties
5620 Linda Lane
Camp Springs, MD 20748

Balance Due 4/1/2017     3,244.04

Amount Enclosed     _____

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

Invoice No.: 517    4/24/2017

*Pending*

Invoice No.: 517    4/24/2017

## CASH & CARRY

| UPC | Description | Unit | QTY | Price | Amount |
|---|---|---|---|---|---|
| 071610302778 | BACKWOOD DARK STOUT 24 PK | UNIT | 4 | 16.92 | 67.68 |
| 71610302730 | BACKWOOD DARK STOUT 8/5 PK 40ct | UNIT | 10 | 24.96 | 249.60 |
| 71610301870 | BACKWOOD HONEY BERRY 8/5 PK 40ct | UNIT | 10 | 24.96 | 249.60 |
| 71610302273 | BACKWOOD HONEY BOURBON 8/5 PK 40ct | UNIT | 10 | 24.96 | 249.60 |
| 71610301993 | BACKWOOD SINGLE ARO 24 PK | UNIT | 7 | 16.92 | 118.44 |
| 71610299610 | BACKWOOD SWEET AROMATIC 10/3 PK | UNIT | 4 | 19.92 | 79.68 |
| 71610301931 | BACKWOOD SWEET AROMATIC 8/5 PK 40ct | UNIT | 24 | 24.96 | 599.04 |
| 71610301900 | BACKWOOD WILD N MILD 8/5 PK 40ct | UNIT | 24 | 24.96 | 599.04 |
| 70137005889 | BLACK & MILD APPLE 25CT UR | UNIT | 2 | 14.48 | 28.96 |
| 70137512486 | BLACK & MILD CASINO .79C 25CT B&M 1PK $0.79 21851 | UNIT | 9 | *10.49 | 94.41 |
| 70137511373 | BLACK & MILD JAZZ .89C 25CT | UNIT | 6 | 10.49 | 62.94 |
| 70137005186 | BLACK & MILD ORIGINAL 25CT UR | UNIT | 10 | 14.48 | 144.80 |
| 70137500186 | BLACK & MILD ORIGINAL 50CT PK | UNIT | 6 | 28.96 | 173.76 |
| 70137510192 | BLACK & MILD ROYAL 25CT UR | UNIT | 1 | 14.48 | 14.48 |
| 70137005230 | BLACK & MILD WINE 25CT UR | UNIT | 6 | 14.48 | 86.88 |
| 70137500230 | BLACK & MILD WINE 50CT PK | UNIT | 3 | 28.96 | 86.88 |
| 70137511298 | BLACK & MILD WOOD TIP JAZZ .79C 25CT UR | UNIT | 2 | 10.49 | 20.98 |
| 71610498556 | D MASTERS CHOCOLATE CIGARILLOS 3PK | UNIT | 6 | 27.40 | 164.40 |
| 10496422 | D MASTERS JAVA FUSION 2PK | UNIT | 24 | 16.75 | 402.00 |
| 071610499508 | D MASTERS PALMA CIGARILLOS 3PK | UNIT | 3 | 27.40 | 82.20 |
| 814101024359 | FIESTA CIGARILLOS KUSH 5F$1 15 PK | | 2 | 7.35 | 14.70 |
| 814101024366 | FIESTA CIGARILLOS SWEET 5F$1 15 PK | | 4 | 7.35 | 29.40 |
| 814101024397 | FIESTA CIGARILLOS WILDBERR 5F$1 15 PK | | 2 | 7.35 | 14.70 |
| 31700233030 | G&V 1882 SWEET 25% DISP 0.82 CE | | 10 | 16.53 | 165.30 |
| 31700232637 | GAME CIGAR LEAF COGNAC 2F$0.99 30CT | UNIT | 24 | 8.88 | 213.12 |
| 31700232613 | GAME CIGAR LEAF NATURAL 2F$0.99 30CT | UNIT | 24 | 8.88 | 213.12 |
| 31700232606 | GAME CIGAR LEAF SWEET AROMATIC 2F$0.99 30CT | UNIT | 24 | 8.88 | 213.12 |
| 31700232620 | GAME CIGAR LEAF WILD BERRY 2F$0.99 30CT | UNIT | 24 | 8.88 | 213.12 |
| 31700009857 | GAME CIGARILLOS BLACK 2F$0.99 60 CT | UNIT | 4 | 17.75 | 71.00 |
| 31700009840 | GAME CIGARILLOS GOLD 2F$0.99 60CT | UNIT | 2 | 17.75 | 35.50 |
| 31700009864 | GAME CIGARILLOS GRAPE 2F$0.99 60 CT | UNIT | 2 | 17.75 | 35.50 |
| 31700009895 | GAME CIGARILLOS GREEN 2F$0.99 60CT | UNIT | 4 | 17.75 | 71.00 |
| 31700232255 | GAME CIGARILLOS MANGO 2F$0.99 60CT | UNIT | 2 | 17.75 | 35.50 |
| 31700009833 | GAME CIGARILLOS SILVER 2F$0.99 60 CT | UNIT | 6 | 17.75 | 106.50 |
| 31700009871 | GAME CIGARILLOS WHITE GRAPE 2F$0.99 60CT | UNIT | 4 | 17.75 | 71.00 |
| 31700232231 | GYV 1882 BOURBON 3F$1.82 30CT | UNIT | 10 | 10.20 | 102.00 |

Total Item Sold.: 402

Invoice Total: 7,321.65

-Customers are responsible for all local and state Tobacco and State Taxes.
-Price may change without notice due to manufacture increase.
-We reservr the right to limit quantities.
-SCANDIANAVIAN PRICE INCREASE ON 09-01-2016
-PLATIUM PRICE INCREASE ON 09-01-2016

**PICKUP ONLY**

1 of 2

CASH & CARRY

| UPC | Description | Unit | QTY | Price | Amount |
|---|---|---|---|---|---|
| INCENSE TOWE | INCENSE TOWER | Unit | 19 | 64.00 | 1,216.00 |
| | INCENSE 10/10 PK | | 7 | 54.00 | 378.00 |
| 31700010396 | JACKPOT CIGARILLOS MANGO 3F.99 45CT | UNIT | 1 | 7.15 | 7.15 |
| 644536228028 | PLATINUM WRAP MOJITO | UNT | 3 | 10.75 | 32.25 |
| 858765005934 | SHOW CIGARILLOS BLACK NATURAL 5F3 75CT | UNIT | 12 | 8.50 | 102.00 |
| 858765004647 | SHOW CIGARILLOS BLUE PALMA 5F3 75CT | UNIT | 3 | 8.50 | 25.50 |
| 858765005842 | SHOW CIGARILLOS BUZZ 5F3 75CT | UNIT | 2 | 8.50 | 17.00 |
| 858765004722 | SHOW CIGARILLOS MANGO 5F3 75CT | UNIT | 4 | 8.50 | 34.00 |
| 858765005859 | SHOW CIGARILLOS OG KUSH 5F3 75CT | UNIT | 12 | 8.50 | 102.00 |
| 858765007150 | SHOW CIGARILLOS POCO LOCO 5F3 75CT | UNIT | 2 | 8.50 | 17.00 |
| 858765005828 | SHOW CIGARILLOS SWEET 5F3 75CT | UNIT | 5 | 8.50 | 42.50 |
| 858765004739 | SHOW CIGARILLOS WATERMELON 5F3 75CT | UNIT | 2 | 8.50 | 17.00 |
| 858765008676 | SHOW CIGARILLOS WET & FRUITY 5F3 75CT | UNIT | 4 | 8.50 | 34.00 |
| 858765005835 | SHOW CIGARILLOS WHITE GRAPE 5F3 75CT | UNIT | 2 | 8.50 | 17.00 |
| 77170510011 | TOP CIGARETTE PAPER | | 3 | 21.50 | 64.50 |
| | TROJAN MAGNUM JAR 48 CT | | 2 | 17.90 | 35.80 |

Total Item Sold.:    402    Invoice Total    7,321.65

-Customers are responsible for all local and state Tobacco and State Taxes.
-Price may change without notice due to manufacture increase.
-We reservr the right to limit quantities.
-SCANDIANAVIAN PRICE INCREASE ON 09-01-2016
-PLATIUM PRICE INCREASE ON 09-01-2016

**PICKUP ONLY**



**HERSHEY CREAMERY CO.**
7435 Roosevelt Blvd.
Elkridge, MD 21075
Phone: (410) 796-5420
Fax: (410) 379-1343
www.hersheyicecream.com

**TO PLACE ORDER: (800) 352-3660**

**Delivered To**
Betti (A B G ) Mkt
2206 M L K Avenue
Washington, DC  20020
(202)352-2585

| Balance | Customer ID | Invoice | Delivery Date | Payment Terms | Route |
|---|---|---|---|---|---|
| $0.00 | BETMARWAS0280 | INVE0011806933 | 05/25/2017 | CASH_OR_CHECK | U2 |

| Ordered | Description | Item/Case | Item Number | Unit Price | | Price |
|---|---|---|---|---|---|---|
| 1 | NP MINI SANDWICH 48/CS | | 2468231352 | $13.44 | | $13.44 |
| 1 | TWIX ICE CREAM BAR 24/CS | | 4767747420 | $32.40 | | $32.40 |
| 1 | COTTON CANDY 6 OZ CUP 12/CS | | 2468231268 | $15.00 | | $15.00 |
| 1 | DULCE DE LECHE 6 OZ CUP 12/CS | | 2468231336 | $15.00 | | $15.00 |
| | 2  Total 6 OZ CUPS | | | | | |
| 1 | GIANT NEO ICE CREAM SANDWICH 24/CS | | 2468231340 | $24.96 | | $24.96 |
| 1 | GIANT VANILLA ICE CREAM SANDWICH 24/CS | | 2468231341 | $24.96 | | $24.96 |
| | 2  Total SAND 6 OZ | | | | | |
| 1 | MOOSETRACKS CONE 12/CS | | 2468231305 | $15.84 | | $15.84 |
| 1 | INCREDIBLE CONE 12/CS | | 2468231312 | $14.16 | | $14.16 |

Qty Total: 8

Total:  $155.76

ADJUSTMENTS: _____  _____

_____  _____

_____  _____

TOTAL ADJUSTED: _____
NET AMOUNT DUE: _____
PAYMENTS ON ACCOUNT: _____
TOTAL AMOUNT PAID: _____

DEALER ACCEPTANCE OF ORDER

CHECK  915  ; CASH _____

**Price Wholesale Distributors**
6751 Alexander Bell Drive
Columbia, MD  21046
(443)604-5677



Invoice

BILL TO
ABG Mart
2216 MLK Ave SE
Washington, D.C.  20020

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 14073 | 05/18/2017 | $183.08 | 05/22/2017 | Due on receipt | |

| ITEM | QTY. | CASE COST | TOTAL COST |
|---|---|---|---|
| TH 18.5oz Strawberry Kiwi Lemonade, 8ct | 1 | 6.99 | 6.99 |
| TH 18.5oz Pomegranate Lemonade, 8ct | 1 | 6.99 | 6.99 |
| TH 18.5oz Lemonade, 8ct | 2 | 6.99 | 13.98 |
| TH 18.5oz Sweet Tea, 8ct | 2 | 6.99 | 13.98 |
| TH 18.5oz Fruit Punch, 8ct | 2 | 6.99 | 13.98 |
| TH 18.5oz Lemonade Tea, 8ct | 1 | 6.99 | 6.99 |
| TH 18.5oz Green Tea, 8ct | 1 | 6.99 | 6.99 |
| TH GAL Fruit Punch, 4ct | 1 | 11.65 | 11.65 |
| TH GAL Sweet Tea, 4ct | 2 | 11.65 | 23.30 |
| TH GAL Lemonade, 4ct | 2 | 11.65 | 23.30 |
| Simply 11.5oz Orange, 12ct | 1 | 14.99 | 14.99 |
| Nesquick 14 oz Double Chocolate, 12ct | 1 | 16.99 | 16.99 |
| Evian 500ML, 24ct | 1 | 22.95 | 22.95 |

BALANCE DUE                           $183.08

*[handwritten: Posted check # 911]*

There will be a $30.00 charge for any RETURNED CHECK.

Please may checks payable to "Price Company"