EXHIBIT "E"

**AFFIDAVIT OF EBT CUSTOMERS**

I, _Gwendolyn Moore_, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at _4321-Brook NE #101_ and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including: _I go to class at big chair 785-3345_

- _Cheese burger_
- _Starbucks Coffee_
- _Eggs, Cheese, Hot pockets, Baby milk_
- _Similac_
- 

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ _____ . _____ dollars. I also make frequent purchases from the store, some of which happen within _____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend ____ % of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature _Gwendolyn Moore_           Date _/  /_
Print Name: _Gwendolyn Moore_

## AFFIDAVIT OF EBT CUSTOMERS

I, Morgan Mason, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 151 [Address Washington, DC SW] and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- pizza
- box chicken
- hot pockt
- snacks
- milk, egg
- 

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 180.00 dollars. I also make frequent purchases from the store, some of which happen within ____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend 25% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature
Print Name: Morgan Mason

Date
10-5-17

## AFFIDAVIT OF EBT CUSTOMERS

I, Vincent Crowder, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 2316 Chester St S.E. and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Banquet, Fried Chicken
- Milk
- Eggs
- Breads
- Cheeseburger

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ _____ dollars. I also make frequent purchases from the store, some of which happen within _____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend ____% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature / Print Name: Vincent Crowder

Date: 9-27-17

## AFFIDAVIT OF EBT CUSTOMERS

I, Rural Hicks By, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 4955 4TH St SE APT #103 and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Eggs
- Box of chicken
- Box of cheeseburgers
- Sugar
- Large amounts of soda and juice
- Bacon, Sausage, and cheese

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 50 . 00 dollars. I also make frequent purchases from the store, some of which happen within 2 day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend 30% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature: [signature]  Date: 10/4/2017
Print Name: Rural Hicks-By



## AFFIDAVIT OF EBT CUSTOMERS

I, Stephen Duckworth, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at Homeless and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Drinks
- Chips
- Chicken
- Pizza
- Groceries
- Similac

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 200 .00 dollars. I also make frequent purchases from the store, some of which happen within 1 day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend 60 % of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature: [signed]
Date: 10 15 10

Print Name: Stephen Duckworth

Phone # 202-710-4917

## AFFIDAVIT OF EBT CUSTOMERS

I, _____, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at _____ and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Water
- Chicken Frozen
- Bread
- Juice
- 
- 

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 75.00 dollars. I also make frequent purchases from the store, some of which happen within _____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend 25% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature: *Mary Smith*
Print Name: Mary Smith

Date: 10/4/17

## AFFIDAVIT OF EBT CUSTOMERS

I, David Worley, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 1513 S St SE, and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Chicken
- Pizza
- French Fries
- Frozen Dinners
- Milk / Cereal

Eggs
bacon
soda
snacks

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 300.00 dollars. I also make frequent purchases from the store, some of which happen within _____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend ____% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store. 10

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature: [signature]
Print Name: David Worley

Date: 10/25/17

## AFFIDAVIT OF EBT CUSTOMERS

I, ARNold TYREE, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 1319 Maple View Place S.E 20020 and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Chicken
- Frozen pizza
- Groceries
- Snacks
- Drinks
- 

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ _____ dollars. I also make frequent purchases from the store, some of which happen within _____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend ____% of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature: Arnold Tyree
Print Name: ARNold TYREE

Date: _/_/_

## AFFIDAVIT OF EBT CUSTOMERS

I, Karen Carpenter, am a SNAP participant who receives food stamps or EBT benefits from the USDA. I reside at 1210 Mapleview Pl and I shop at ABG Mart located at 2216 Martin Luther King Jr. Ave SE, Washington, DC 20020-5734 on a regular basis and purchase a variety of grocery items for my household, including:

- Sugar
- Oil
- Margarine
- Chicken
- Pizza
- Beef Patty

I shop frequently at ABG Mart as my primary or one of my primary grocery markets, and accordingly, I will sometimes make large purchases of groceries from ABG Mart for as much as $ 100 . 00 dollars. I also make frequent purchases from the store, some of which happen within ____ day(s) of one another. None of my purchases have ever included non-food items, nor has ABG Mart ever charged me extra money to use my EBT benefits or any purchase, or offered any cash back. Furthermore, I spend 19 % of my total EBT benefits at ABG Mart because it is one of or my primary grocery store.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true to the best of my knowledge and belief.

Customer Signature / Print Name: Karen Carpenter

Date 9-27-17