EXHIBIT "K"

## Sensitive but Unclassified (SBU) Information

## USDA - FNS
## REPORT OF NEGATIVE INVESTIGATION

| STORE NAME AND ADDRESS | RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER | DATE |
|---|---|---|
| Abg Mart | TR38767 | 1/31/2017 |
| 2216 Martin Luther King Jr Ave SE | **AREA OFFICE** | |
| Washington, DC  20020 | Trenton/New York | |

A.  During the subject investigation __0__ Aide(s) and __1__ Investigator(s) made a total of __2__ visit(s) to the subject store. During these transactions, attempts made to purchase ineligible items were refused, and no other program violations occurred.

Number of Surveillance Visit(s) __0__            Number of Client Interview(s) __0__

| Exhibit ID | Pass Result | Refusal Date | CI/Investigator | Refusals | Description of Clerk |
|---|---|---|---|---|---|
| A | N | 1/17/2017 | Investigator | pack foam bowls | M, 35-40 yrs, 5'3"-5'6", 150-160 lbs, Black hair color, short hair, moustache, goatee, wore coat |
| B | N | 1/23/2017 | Investigator | cash | M, 35-40 yrs, 5'3"-5'6", 150-160 lbs, Black hair color, Clerk same as Exhibit A |

B.  REMARKS

C.  In the absence of indications that the subject store violates program regulations the investigation was terminated and the case is closed.

CERTIFICATION:

This report consists of 2 exhibit(s) letter(s) A to B totaling 5 page(s). The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in any proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct.

**SIGNATURE OF INVESTIGATOR**

(b)(6);(b)(7)(C)

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 5) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | TR38767 01/17/2017 | EXHIBIT A RESULT: N |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I, [(b)(6);(b)(7)(C)] Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) [(b)(6);(b)(7)(C)] I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $180.23 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $10.25 for items purchased from the investigative EBT account. I departed the store at about [(b)(6);(b)(7)(C)]

Clerk rang up all groceries and quoted total. When I put my card through the turn-style, he asked stamps? I said yeah! He said cash for this -- holding up the bowls. I said all I got is stamps! He shook his head no -- deducting them. I paid and left the store.

**prices not listed on individual items, but prices are printed on receipt, just cannot determine which item the prices are for**
***EBT and cash register receipt are one and the same***

****counter enclosed with plexi-glass turn-style****

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | TR38767<br>01/17/2017 | EXHIBIT  A<br>RESULT: N |
|---|---|---|

## CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| M | 35-40 | 5'3" - 5'6" | 150 - 160 | Black | short hair, moustache, goatee, wore coat |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| unk | unk | n/a |

## EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | | Issued Value | Used Value | Returned Value |
|---|---|---|---|---|
| (b)(6);(b)(7)(C) | | $180.23 | $10.25 | $169.98 |
| | | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: Y | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $10.25 | N/A | N/A |

## MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | bottle oj | E | npi |
| 1 | pizza | E | npi |
| 1 | pack foam bowls | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE          TYPE:     E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL

TRAFFICKING CASH DATA [if applicable]:

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 3 OF 5) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | TR38767<br>01/23/2017 | EXHIBIT  B<br>RESULT: N |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I, [(b)(6);(b)(7)(C] Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) [(b)(6);(b)(7)(C)] entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $156.20 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $5.24 for items purchased from the investigative EBT account. I departed the store at about [(b)(6);(b)(7)(C)]

When I handed the clerk my card, I asked -- cash $20.00?  He said no -- shaking his head.  I paid and left the store.

\*\*trafficking attempted\*\*
\*\*\*no prices indicated on the items purchased -- receipt does lists prices but no specific items listed\*\*\*

\*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 4 OF 5) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | TR38767 01/23/2017 | EXHIBIT  B RESULT: N |
|---|---|---|

## CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| M | 35-40 | 5'3" - 5'6" | 150 - 160 | Black | Clerk same as Exhibit A |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| unk | unk | n/a |

## EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| (b)(6);(b)(7)(C) | $156.20 | $5.24 | $150.96 |
|  |  |  |  |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: Y | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $5.24 | N/A | N/A |

## MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | can chips | E | npi |
| 1 | carton juice | E | npi |
|  | cash | R |  |

NPI - NO PRICE INDICATED OR ILLEGIBLE          TYPE:     E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL

| TRAFFICKING CASH DATA [if applicable]: |
|---|
|  |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 5 OF 5) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

## 6. Donated Items

**RIB Tracking Number:** TR38767          **Exhibit ID:** A

I certify that I received the following item(s) for use by my organization from the USDA Employee [(b)(6);(b)(7)(C)]
[(b)(6);(b)(7)(C)]

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1        | bottle oj   |
| 1        | pizza       |

**Donation Date:** 01/19/2017          **Donated By:** [(b)(6);(b)(7)(C)]

**Donation Organization:** [(b)(6)]

**Donation Receiver**
[(b)(6)]

**Organization Site Address and Phone**
**Address:**
[(b)(6)]

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:** [(b)(6)]          **Date:** 1-19-2017

**Investigator Signature:** [(b)(6);(b)(7)(C)]          **Date:** 1-19-2017

## 6. Donated Items

**RIB Tracking Number:** TR38767          **Exhibit ID:** B

**I certify that I received the following item(s) for use by my organization from the USDA Employee** (b)(6);(b)(7)(C)
(b)(6);(b)(7)(C)

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1 | can chips |
| 1 | carton juice |

**Donation Date:** 01/30/2017          **Donated By** (b)(6);(b)(7)(C)

**Donation Organization:** (b)(6)

**Donation Receiver**
(b)(6)

**Organization Site Address and Phone**
**Address:**
(b)(6)

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

(b)(6)

**Receiver's Signatu**          **Date:** 1-30-2017

(b)(6);(b)(7)(C)

**Investigator Signatu**          **Date:** 1-30-2017



1-17-2017

TR 38767
EX. A

ABG MART
2216 MARTIN LUTHER KING JR AVE
WASH., DC



1-23-2017

TR38767
LX. B

ABG MART
2216 MARTIN LUTHER KING JR AVE
WASH, DC